


DEFENDANT'S EXHIBIT 1







