交通银行客户通知书

电子拒执号：ABBG153
受理行号：01310999999
终端流水号：243772
交易时间：2019年02月19日 16时20分54秒
交易类型：转账汇款
转出卡号：622262**********3126
转出卡户名：*五娟
转入账号：110501**********0180
转入户名：*京和平友好企业管理有限责任公司
转账类型：跨行汇款
转账方式：实时转出
转账摘要：
转账金额：RMB 135,000
手续费：RMB 0
交易结果：成功

感谢您使用交行远程智能柜员机，欢迎再次光临！
请妥善保管交易凭条；本凭证为机制其他，手写无效。
如有疑问，请联系客服热线：95559

DEFENDANT'S EXHIBIT 2