China time 21:03 Monday, April 8, 2019

UNITED STATES

# Trump said he is not worried about China's possible espionage against Haihu Manor.

April 4, 2019, 10:26
Mo Yu

WASHINGTON —President Trump said he is not worried about China's possible espionage at Haihu Manor, and everything is under control. Previously, a Chinese woman was arrogant at Haihu Manor, and a Chinese-American businesswoman was pointed to Chinese businessmen to sell her contacts with senior US government officials, sparking some media and congressmen's concerns about China's intelligence activities in the United States.

Trump said in a meeting with senior military officials at the White House on Wednesday that he saw relevant reports and heard a briefing. He said: "I am not worried at all. I have very good control."

He said that it is only an accidental incident for a Chinese woman to enter his private club by lying. He also praised the employees and Secret Service of the club for their problems.

Yujing Zhang, a 32-year-old Chinese woman, was arrested after entering Haihu Manor on Saturday. According to the criminal complaint filed by the US federal government on the court on Monday, she was accused of lying to federal agents and entering the restricted area without authorization.



Senate Minority Leader Schumer, Senator Mark Warner and Diane Feinstein sent a letter to the Federal Bureau of Investigation (FBI), Christopher Ray, asking the FBI to "assess the risks of the Sea Lake Manor, a risk that comes from An area where public and foreigners can enter and exit to set up areas for handling confidential information."

The three Democratic leaders said that Zhang Yujing was able to easily enter the Haihu Manor during President Trump's weekend stay, exposing the serious security problems of the property, and Haihu Manor is said to be the target of foreign intelligence agencies.

When the incident occurred, President Trump played golf nearby and was not at Haihu Manor. The media reported that President Trump did not see the woman.

According to the complaint filed by the US federal government, Zhang Yujing said to the Secret Service agent that she was a club member when she entered the Haihu Manor. She wanted to use the swimming pool inside, but after entering the manor, she was called by another secret service agent. Another change said that a Chinese friend named "Charles" invited her to come to Shanghai from Palm Beach in Florida to participate in a "United Nations Friendship" event and was close to President Trump's family. Talking about US-China economic relations.

Zhang Yujing's activities are similar to the name of an organization called the United Nations Chinese Friendship Association, whose secretary is Charles Lee.

The "United Nations Chinese Friendship Association" in Baidu's entry (now deleted) said that the association is "registered by the UN Economic and Social Council civil society organization, registered with the US Delaware State Government, New York City, New York State Government notarized, Chinese government The non-profit, non-governmental organization sponsored by the Chinese Consulate in New York, accredited by the Chinese Embassy in the United States. The so-called senior advisory steering group listed on the entry includes Ban Ki-moon, former US President Bill Clinton and Microsoft founder. Bill Gates and other political and business celebrities, honorary presidents include US Congressman Meng Zhaowen and Zhao Meixin, Hong Kong's richest man Li Ka-shing and more than 10 people.

The organization said on its website (now inaccessible) that Charles was "the first person to enter the United Nations to establish a Chinese association" and posted many photos of Charles and Chinese and foreign political figures. These celebrities include UN Secretary-General Guterres, former Secretary-General Ban Ki-moon, US President Trump, and senior Chinese officials. Some of the pictures on the picture also call Charles "Prince Charles."

However, the United Nations Chinese Friendship Association and the United Nations do not seem to be in contact.

Earlier, Chinese media reported that some organizations that are "United Nations" are actually "cottage United Nations", including this "United Nations Chinese Friendship Association". As long as they pay, they can join the club and participate in some "high-end activities." According to the report, the payee of the remittance is a "Peace Peaceful Enterprise Management Co., Ltd." and is a private company registered in Beijing.

According to online information, Charles had promoted a so-called "business travel and folk diplomacy" to the United States in 2018. One of the schedules was to attend Trump's sister's welcome dinner and exchange photos with Trump's sister and other outstanding figures.

The micro-signal associated with Charles also recently launched a charity meeting with former US President Bill Clinton in New York this month, which also said that they can share photos with the Clintons and other political and business celebrities. In addition, this micro-signal also promotes business travel and celebrity exchange activities in various places in China and abroad.

The Miami Herald said that Charles Lee was a business partner of Cindy Yang, a Florida-based businesswoman who became a news person a few days ago. The immigrant from Northeast China was accused of deliberately approaching President Trump and his family and other Republican high-level figures, including attending an event held at President Trump's Haihu Manor, and also selling her contacts with the upper US.

"Miami Herald" said that Zhang Yujing's event on March 30 was a event called Yang Sai called Safari Night. Charles Lee also promoted the event on WeChat and posted him on the advertisement. A photo of Yang Li. Yang Li also introduced another event called "Top Private Private Club" held at Haihu Manor on March 30th. Both events were later cancelled.

Yang Li denied knowing Charles Lee and the Chinese woman who was good at Haihu Manor. Yang's lawyer, Evan W. Turk, said in a statement: "Our client claims that she does not know the woman who was arrested at Haihu Manor on the weekend. Li mentioned in some articles The doctor took photos with our client twice. In addition, she said that she had no contact with him."

Yang Li previously posted a photo with President Trump on social media, which made her involved in the political whirlpool. Some allegations that she pedd the Chinese merchants' channels of contact with US politicians, and may also violate the US campaign fund law and participate in organizations such as the Peaceful Reunification Promotion Association and the US-US Association for Science and Technology, which have close ties with the Chinese government. It is a Chinese spy.

When President Trump answered the reporter at the White House on Wednesday about whether Yang Li was his friend, he replied that he did not know Yang Li and did not know her. As for why Yang Li appeared in a photo, President Trump said that he often took photos with other people, sometimes hundreds of times a day, but did not know Yang Li.

Media reports about Yang Li have also attracted the attention of Democratic leaders in Congress, and they asked the FBI to conduct criminal and anti-espion investigations on Yang. Participated in the organization "Peaceful Reunification Promotion Association" and "Traveling Science and Technology Association", which are closely related to the Chinese government, and may be Chinese spies.

Yang Li told the media that she did not commit any illegal activities. She told NBC News: "I am a Republican. I am Chinese. So the Democratic Party must check me."