

2012年12月28日，美国国会议员孟昭文在纽约会见联合国华人友好协会秘书长查尔斯.李
12.28.2012,Congresswoman MengZhaowen met Secretary Charces.Li in NewYork



2011年12月28日，联合国华人友好协会秘书长查尔斯.李拜访了美国纽约时议员顾雅明
12,28,2011,Charles Li,Secretary-General of United Nations Chinese Friendship Association, visited Gu, Yaming, congressman of American New York.

DEFENDANT'S EXHIBIT 5



2012年01月05日，联合国华人友好协会秘书长 查尔斯李 在美国首都华盛顿 32 街美国国际合作委员会办公室，拜访了著名爱国华侨领袖 美籍华人 陈香梅主席
01.05.2012 Charces.li interviewed famous Chinese leader Chenxiangmei president in New York.



2011年11月24日，在北京举行的中国民营经济国际合作商会成立大会上，联合国华人友好协会秘书长查尔斯李 拜访了全国政协副主席 全国工商业联合会主席黄孟复（左1）
11.24 2011, secretary Charcesli (right) met the Vice chairman of the CPPCC National Committee and the Chairman of National Federation of industry and Commerce in the Chinese private corporation international cooperation conference in Beijing.

03



联合国秘书长潘基文2012.10.25在纽约联合国协会人道会议上为联合国友好画报、联合国华人友好协会、联合国问国会网络电视台亲笔签名认可和支持!
The Secretary General Of the United Nations Mr.Ban Ki-Moom autographed the Issue of the United Nations Friendship Pictorial Foundation during the 2012 Humanitarian Awards Dinner,where he also met with Mr Charles Li,Secretary General of the United Nations Chinese Friendship Association



美国加州州长著名名星施瓦星格在纽约与联合国华人友好协会秘书长喜尔斯·李会面
Arnold Schwarzenegger,Governor of California and Famous star met with Charles Li,Secretary General of the United Nations Chinese in New York

UNITED NATIONS FRIENDSHIP PICTORIAL FOUNDATION



2011年3月5日，联合国华人友好协会秘书长查尔斯.李在联合国总部前
03,05,2011, Charces.li, Secretary of United Nations Chinese Friendship Association, in the front of the Head Office of United Nations



2011年3月7日，联合国华人友好协会秘书长查尔斯.李参观华尔街纽约交易所
03,07,2011, Charces.li, Secretary of United Nations Chinese Friendship Association, visited Wall Street

UNITED NATIONS FRIENDSHIP PICTORIAL FOUNDATION



中国政府驻美国纽约总领事孙国祥大使会见并赞赏联合国华人友好协会秘书长查尔斯.李
Sun guo xiang ,Chinese General counsul to the United Nations met with Charles Li, Secretary General of the United Nations Chinese



中国新闻社社长刘北宪在2012.10.26新闻发布会上会见并赞赏联合国华人友好协会秘书长查尔斯.李
Liu bei xian ,president of China' s New Agency, appreciated and met with Charles Li, Secretary General of the United Nations Chinese on the press conference



联合国秘书长潘基文20121025在纽约联合国办公人道会议上亲切接见联合国中国会网络电视台法定代表人王德圣(左一)
On 25th ,Oct,2012 ,the UN secretary - general , Ban Ki – moon received Wang de sheng , legal representative of UN Asking Web TV.(left 1st)



查尔斯.李会见加拿大驻联合国代表和世界名模们
Charles Li.met with Canada delegates to the UN and global supermodels.



联合国华人友好协会秘书长查尔斯·李在美国总统奥巴马2013.01.20就职大典答谢晚宴上会见了美国国会议员赵美心女士
On 20th Jan 2013, Charles Li secretary general of United Nations Chinese Friendship Association met with Mrs.Zhao mei xin ,congresswoman of US on Obama's completed dinner.



联合国─国际联合问讯台网路电视美国驻美记者victor在美国总统奥巴马2013.01.20就职大典答谢晚宴上会见了美国国会议员赵美心女士
On 20th Jun 2013 ,The UN Asking Web TV reporter Victor in America report met with Mrs.Zhao mei xin ,congresswoman of US on Obama's completed dinner.

UNITED NATIONS FRIENDSHIP PICTORIAL FOUNDATION



# UNITED NATIONS FRIENDSHIP PICTORIAL FOUNDATION

联合国友好画报

| | | |
|---|---|---|
| Managing Editor/ 执行主编 | | Hu Duoduo/ 胡多多 |
| Editor/ 编 | 辑 | Qu Guozhu/ 邱国柱 |
| | | Xun Tinring/ 宵挺明 Snow/ 潇青 |
| Translator/ 翻 | 译 | Wang Desheng/ 王德圣 |
| United States Code/ 美 | 编 | Beijing Zhishantang Brand Design Co.,Ltd. |
| | | 北京致善堂品牌设计有限公司 |
| Distributor Publishers/ 发行出版单位 | | China Global Culture Publishing House |
| | | 中国环球文化出版社 |
| Sponsored by/ 主 | 办 | UNITED NATIONS CHINESE FRIENDSHIP ASSOCIATION |
| | | 联合国华人友好协会 |
| Publication Date/ 出版日期 | | 01/06/2012（2013 年 06 月 01 日） |
| American Address/ 美国地址 | | One United Nations Plaza, New York, NY 10017-3575 |
| | | 美国纽约州纽约市联事合91大厦1号 10017-957matic |
| Chinese Address/ 中国地址 | | 123, Building 12,Jianguo Menwai Diplo, Relations Compound,Chaoyang District, Beijing |
| | | 北京朝阳区建国门外交公寓 12-123 室 |
| American Tel/ 美国电话 | | + 001 212 8459492 |
| Chinese Tel/ 中国电话 | | - 86 10 84094175 |
| Website/ 网 | 址 | www.unfpf.com |
| E-mail/ 邮 | 箱 | master@unfpf.com |

女士们、先生们、朋友们:

年的新年即将到来，在这辞旧迎新之际，我代表联合国华人友好协会 (www.uncfa.org) 通过联合国问国会网络电视台 (www.unwtv.tv)、联合国友好画报 (www.unfpf.com) 向全球华人、世界各国的朋友们，致以新年的问候和良好的祝愿!

在过去的2012年，世界经历了许多冲击，全球充斥着恐怖袭击、自然灾害、地区危机、金融危机、经济危机、政治危机、社会危机，是罕见的危机超载之年。预示着旧世界正在发生渐进而显著变化，新世界的轮廓正在初步成型而充满生机。

在一个面临共同挑战的世界，没有一个国家、组织和个人仅靠自身就能够成功。友好合作，共同发展是这个时代的主旋律。联合国华人友好协会、联合国问国会网络电视台、联合国友好画报正是顺应时代潮流，以弘扬联合国宪章为宗旨、促进人类和平友好，于2011年发起成立。

在此，感谢联合国系统各机构和友好组织、联合国各成员国特别是中国政府和美国政府对我们工作的大力支持与帮助，感谢会员和热心公益事业人士积极参与协会的工作，感谢三个机构职员辛勤而努力的工作。

展望2014年，我们任重而道远，但充满信心。我们将继续团结世界广大爱好和平人士，加强与联合国相关机构和联合国民间组织、各国政府和所在国友好组织的合作，在联合国宪章宗旨和原则下，为实现千年发展目标和21世纪的五大目标做出更大的贡献。

我相信，只要世界人民同心协力、同舟共济，一定能够战胜一切困难，推动持久和平、共同繁荣发展，迎来更加美好和谐的明天!

最后，我在纽约祝大家在新的一年里幸福安康!

联合国华人友好协会秘书长查尔斯.李

## Address for New Year
by Charces.li President of UNWTV and UNCFA

Ladies and gentlemen, all of friends:

The 2013 New Year is coming. At the time of ringing out the old year and ringing in the new year, I am behalf of UN Chinese Friendship Association (www.uncfa.org) to express my greetings and wishes of New Year to the global Chinese and friends through UN Asking Congress Web TV and UN Friendship Pictorial!

In the past 2012, the world experienced lots of impacts and the globe is full of attacks, natural disasters, regional crisis, financial crisis, economic crisis, political crisis and social crisis, a rare overcrisis year. It is predicted that the old world is changing gradually and obviously and the new world is forming and full of vigor.

In the common-challenge world, no any country, organization and individual only depends on itself to succeed. The friendly cooperation and common development is the main melody of the times. UN Chinese Friendship Association, UN Asking Congress Web TV and UN Friendship Pictorial were founded in 2011 to adapt to the times flow and encourage UN Charter and promote human peace and friendship.

Here we appreciate UN's organizations and friendly associations and UN's members, especially Chinese government and American government provided great support and help to us. We appreciate the members to positively participate in our work and appreciate the three organizations to work hard.

Look forward the 2014, we bear vital tasks, but we are full of confidence. We will continue to work hard with the people loving peace on the world, strengthen the cooperation with the UN's organizations, civil organizations, governments and associations, and make more contribution for Millennium Development Goals and the 21th century's five goals under the aims and principles of UN Charter!

I believe that, only if the world people work hard, we can win difficulties, promote lasting peace and common and prosperous development and welcome more beautiful tomorrow!

Finally, I wish in New York, everyone happy and healthy in the New Year!

UN Chinese Friendship Association

Charces.li

Written on Dec 31, 2012 in New York UN Mansion