UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    19-80056-CR-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

YUJING ZHANG,

    Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE PRETRIAL DEADLINES,
CALENDAR CALL, AND TRIAL**

Defendant, Yujing Zhang, by and through her undersigned counsel, requests this Court to continue all pre-trial deadlines, her calendar call on May 21, 2019, and her trial currently scheduled for May 28, 2019 for a period of 60 days from their current setting.

1. Ms. Zhang's case involves hundreds, if not thousands, of pages of discovery in the Mandarin language. The discovery also contains hundreds of files of Mandarin audio recordings. As a result, undersigned counsel cannot decipher the complex discovery without the aid of an interpreter. As such, undersigned counsel is in need of additional time to review the discovery, which is only in very preliminary stages at this point. Undersigned counsel also needs additional time to evaluate the nature of the case, continue

1

developing the theory of defense, and also discuss with Ms. Zhang any possible resolutions to the case.

2. Additionally, undersigned counsel has not yet received her own official translations for what has thus far been identified as the critical evidence in the case. Obtaining our own translations of evidence is essential for accuracy and due diligence purposes, and once the translations are returned, the parties may be able to agree to transcripts, pursuant to paragraph 7 of the Court's Order Setting Trial Date at D.E. 18.

3. By virtue of filing this motion, undersigned counsel would submit that speedy trial should be tolled for the period of time from this filing to the new requested trial date 60 days from the current trial date.

4. Today, May 10, 2019, undersigned counsel spoke with AUSA Rolando Garcia by telephone, and the Government has no objection to this motion. The Government would agree to extend all pretrial deadlines, the calendar call, and the trial for a period of 60 days from their current setting.

WHEREFORE, Defendant respectfully requests this Court to grant the above-styled motion and continue the pretrial deadlines, calendar call, and trial for a period of 60 days.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

*s/ Kristy Militello*
Kristy Militello
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0056366
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello