UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cr-80056-RKA-1

FILED BY ____cob____ D.C.

MAY 17 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

USA

Plaintiff(s),

vs.

Yujing Zhang

Defendant(s).
_____/

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

☑ Other (Explain): Exhibits 1-9

☐ Attachments
(Exhibit list, Order of Court)

Signature: *Rosalind Bennett*
Print Name: Rosalind Bennett
Agency or Firm: Federal Public Defender
Address: 450 S Australian Ave #500
West Palm Beach, FL 33401

Exhibits Released by:

*Carlo Davis*
(Deputy Clerk)

Telephone: 561-833-6288
Date: 10/17/19

ORIGINAL – Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record