UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-80056-CR-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

YUJING ZHANG,

    Defendant.
_____/

**NOTICE TO THE COURT RE: DEFENDANT'S COMPETENCY AND MOTION TO PROCEED *PRO SE***

Defendant, Yujing Zhang, by and through her undersigned counsel, files the following notice to the court regarding Ms. Zhang's mental status and her motion to represent herself *pro se*.

On May 23, 2019, undersigned counsel sent a psychologist to meet with Ms. Zhang, and Ms. Zhang politely declined to be evaluated by the private defense psychologist. Since that time, counsel for Ms. Zhang has continued to investigate Ms. Zhang's mental health status and gathered additional information from her family regarding their concerns. Additionally, undersigned counsel met with Ms. Zhang at length and discussed her options. It is the opinion of undersigned counsel that Ms. Zhang does not suffer from a mental disease or defect which would render her incompetent to proceed or ineligible to represent herself. *See* 18 U.S.C. § 4241(a). To

1

the contrary, Ms. Zhang has firmly and repeatedly articulated her desire to represent herself and defend against these charges.

                Respectfully submitted,

                MICHAEL CARUSO
                Federal Public Defender

                *s/ Kristy Militello*
                Kristy Militello
                Assistant Federal Public Defender
                Attorney for the Defendant
                Florida Bar No. 0056366
                450 South Australian Avenue, Suite 500
                West Palm Beach, Florida 33401
                (561) 833-6288 - Telephone
                Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello