UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80056-CR-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,
v.

YUJING ZHANG,

    Defendant.
_____/

### NOTICE OF FILING

The United States hereby gives Notice that on the 11th day of June 2019, the Government's Classified *In Camera, Ex Parte* Memorandum of Law and Motion for an Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure was filed under seal with the court pursuant to Title 18, United States Code Appendix, Section 4 and Federal Rules of Criminal Procedure 16(d)(1). The cover sheet for that Memorandum is attached hereto as Exhibit 1.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:    /s/ Michael R. Sherwin
    MICHAEL R. SHERWIN
    Assistant United States Attorney
    Court No. A5501230
    99 N.E. 4th Street, 8th Floor
    Miami, Florida 33132
    Telephone: 305-961-9067
    Facsimile: 305-536-4675
    Email: Michael.Sherwin@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Michael R. Sherwin
Assistant United States Attorney