UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80056-CR-ALTMAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

YUJING ZHANG,

Defendant.

Filed with the Classified Information Security Officer
CISO _____
Date June 11, 2019

FILED *EX PARTE, IN CAMERA* AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE

## GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA* MOTION AND MEMORANDUM OF LAW FOR AN ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE