**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. <u>19-80056-CR-ALTMAN</u>

**UNITED STATES OF AMERICA**

vs.

**YUJING ZHANG,**

    **Defendant.**
_____/

<u>**NOTICE OF EXPERT TESTIMONY**</u>

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice pursuant to Fed. R. Crim. P 16(a)(1)(G), of its intent to introduce expert testimony in its case-in-chief at trial.[1]

    The United States intends to call the following experts at trial and hereby discloses a summary of their opinion and qualifications:

    <u>**Ricardo Soto**</u> – Forensic Examiner, Federal Bureau of Investigation (See Attachment, Soto Curriculum Vitae). Mr. Soto conducted a forensic examination of the defendant's subject iPhone 7 and extracted data from the device. A "mirror image" download of data from the subject iPhone was then examined by the investigative team, to include FBI Language Specialist Catherin K.S. Chang.

    <u>**Catherine K.S. Chang**</u> – Language Specialist, Federal Bureau of Investigation (See Attachment, Chang Curriculum Vitae). Ms. Chang reviewed the forensic evidence related to the defendant's subject Apple iPhone 7 (e.g. documents, text messages, voicemail communication)

---

[1] Although the defendant has not made any formal request for expert testimony, per Rule 16(a)(1)(G), the United States is nonetheless providing this expert disclosure since these individuals will be providing testimony at trial for the government's case-in-chief.

and was the final reviewing authority for the Mandarin to English translation of the items pulled from this handset.

                                                Respectfully submitted,

                                                Ariana Fajardo Orshan
                                                United States Attorney

By:   *s/ Michael R. Sherwin*
        Assistant United States Attorney
        Court ID No. A5501230
        99 Northeast 4th Street
        Miami, Florida 33132
        Telephone (305) 961-9067
        michael.sherwin@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The foregoing document and all discovery document and items cited therein have also been mailed to the defendant at the following address:

Yujing Zhang
19820-104
Paul Rein Detention Facility
Inmate Mail/Parcels
2421 NW 16 Street
Pompano Beach, FL 33069

                                                      *s/ Michael R. Sherwin*
                                                      Assistant United States Attorney