# Attachment 1

*Expert Witness Resumes*

# Attachment 1

*Expert Witness Resumes*

Ricardo L. Soto
Page 1 of 4

## CURRICULUM VITAE



**Ricardo L. Soto**
Federal Bureau of Investigation
Computer Analysis Response Team
2030 SW 145th Ave
Miramar, FL 33027
Phone: (754) 703-2000

### EMPLOYMENT

| | |
|---|---|
| December 2000 – Present | Forensic Examiner<br>Federal Bureau of Investigation<br>Miramar, FL<br><br>As a senior forensic examiner assigned to the FBI Miami division, acquire and examine digital evidence under a documented quality assurance program that includes annual proficiency testing, technical/administrative review and adherence to standard operating procedures.<br><br>Conduct forensic acquisitions and examinations of digital evidence, perform search and seizure operations, and provide instruction to new field examiners. |

### EDUCATION

| | |
|---|---|
| December 2015 | Stevenson University<br>Owings Mills, MD<br>Masters of Science in Cyber Forensics |
| December 2007 | American Continental University<br>Hoffman Estates, IL<br>Bachelor of Information Technology in Computer Systems |

### FORENSIC EXAMINATION EXPERIENCE

Analyzed of over 400 pieces of digital evidence in support of over 200 cases since 2000. Participated in the execution of over 100 search warrants and seizure operations, and field examinations.

Ricardo L. Soto
Page 2 of 4

## PROFESSIONAL TRAINING

| | |
|---|---|
| November 2018 | X-Ways Forensics<br>CART BWI, Linthicum, MD |
| October 2015 | SANS Institute, FOR408 Computer Forensic Investigations<br>San Diego, CA (48 hours) |
| January 2014 | FBI X-ways Training (Self-paced) |
| September 2013 | FBI GPS/Cell Phone Training (Self-paced) |
| April 2013 | Sumuri MAC Forensics Level 2<br>CART BWI, Linthicum, MD (40 hours) |
| May 2012 | Computer Enterprise and Investigations Conference (CEIC)<br>Summerlin, NV (24 hours) |
| April 2012 | Microsoft Windows 7 Forensic Artifacts, FBI,<br>CART BWI, Linthicum Maryland (32 hours) |
| March 2012 | SANS Institute, FOR408 Computer Forensic Investigations<br>Orlando, FL (48 hours) |
| February 2012 | Certified Ethical Hacker (CEH)<br>Oldsmar, FL (40 Hours) |
| October 2011 | EC Council Hacker Halted Conference<br>Miami, FL (24 hours) |
| September 2011 | AccessData AD Lab 3, FBI, CART BWI,<br>Linthicum, Maryland (24 hours) |
| June 2011 | Encase Advanced Computer Forensics, North Texas RCFL<br>Dallas, TX (40 hours) |
| March 2011 | AccessData FTK Lab 3 for Mac (Online - 24 hours) |
| February 2011 | AccessData FTK Lab for Windows (Self-paced) |
| February 2011 | FBI CART Advanced Analysis Workshop, USPS Service Training Center,<br>Norman, OK (40 hours) |
| October 2010 | EC Council Hacker Halted Conference<br>Miami, FL (24 hours) |
| July 2010 | Advanced Virtual Forensics for Linux, Northwest RCFL,<br>Portland, OR (40 hours) |

Ricardo L. Soto
Page 3 of 4

| | |
|---|---|
| January 2012 | Encase Computer Forensics II, Silicon Valley RCFL, Menlo Park, CA (40 hours) |
| October 2009 | Digital Camera Forensics, FBI, CART BWI, Linthicum Maryland (24 hours) |
| April 2009 | Virtual Forensics for Linux, Rocky Mountain RCFL, Centennial, CO (40 hours) |
| November 2008 | Advanced Linux Training, Northwest RCFL, Portland, OR (40 hours) |
| July 2008 | SANS 504 Hacker Techniques, Exploits and Incident Handling, Washington, DC (40 hours) |
| January 2006 | Advanced Linux Training, Silicon Valley RCFL Menlo Park, CA (40 hours) |
| September 2005 | Macintosh Forensic Exams, Defense Computer Investigations Training Program (DCITP), Linthicum, MD (40 hours) |
| August 2005 | High Technology Computer Investigative Association Conference Monterey, CA |
| June 2005 | FBI Computer Analysis Response Team Internet Processing (Self-paced) |
| April 2005 | FBI PDA Seizure, Heart of America RCFL, Kansas City, MO (40 hours) |
| January 2005 | Paraben PDA Seizure, Heart of America RCFL Kansas City, MO (40 hours) |
| December 2004 | Introduction to Cyber Crime Investigations - Cyber 101, FBI San Juan, Hato Rey, PR (40 hours) |
| August 2004 | AccessData FTK Bootcamp, San Diego, CA (40 hours) |
| April 2004 | Encase Intermediate Analysis and Reporting, Pasadena, CA (40 hours) |
| July 2003 | Forensic Investigations in a Network Environment, Defense Computer Investigations Training Program - DCITP, Linthicum MD (40 hours) |
| January 2003 | Linux Media Forensics, FBI Academy, Quantico, VA (40 hours) |

Ricardo L. Soto
Page 4 of 4

| | |
|---|---|
| August 2002 | ilook Basic Forensics Course, North Texas RCFL, Dallas, TX (40 hours) |
| March 2002 | Network +, FBI Academy, Quantico, VA (40 hours) |
| June 2001 | Computer Search and Seizure, FBI Academy, Quantico, VA (40 hours) |
| May 2001 | Advanced Data Recovery and Analysis, National White-Collar Crime Center NWC3, West Virginia (40 hours) |
| April 2000 | A+ PC Hardware, FBI Academy, Quantico, VA (80 hours) |

## CERTIFICATIONS AND AWARDS

| | |
|---|---|
| August 2012 | SANS GIAC Certified Forensic Examiner (GCFE) |
| September 2011 | FBI CART Senior Forensic Examiner |
| September 2007 | FBI CART Cell Phone Certification |
| September 2005 | FBI CART Macintosh Certification |
| April 2005 | FBI CART PDA Certification |
| January 2003 | FBI CART UNIX Certification |
| December 2000 | FBI CART UNIX Certification |

# Catherine K.S. Chang

424 3rd Ave. SW, Faribault, MN 55021
Tel: (763) 569-8272
Email: CCHANG@fbi.gov

## *Professional Licensure*

The State of New York, Attorney and Counsellor at Law (2006)

The State of Minnesota, K-12 Public School Principal (2015)

## *Language Ability*

English, Mandarin Chinese, and Hakka

## *Language Related Experience*

**2015-Present  Linguist, Federal Bureau of Investigation, Minneapolis Division;** Minneapolis, Minnesota
- Support the Bureau's mission in every aspect that involves Chinese language, culture and knowledge.

**2007-2016     Mandarin Instructor, World Language Department, Shattuck-St. Mary's School**; Faribault, Minnesota

- Developed the current curriculum for the Mandarin Chinese program and taught all 5 levels of the language courses.
- Established an exchange program with a boarding high school in Shanghai, China.
- School's official interpreter in Mandarin Chinese.
- Student advisor 2008-2012.
- Senior Class Dean 2012-2016

**1997-2015           Freelance Interpreter and Translator**
- Extensive experiences of interpretation and translation in the legal, commercial, health, education and other areas.

**2006- 2007           Contract Language Consultant, BEST BUY LLC.** ; Richfield, Minnesota

1

Sept. 2006             Committee Member, Mandarin Chinese Project, Minnesota Department of Education

1999                   Copyeditor, Chinese version, "*A Civil Action*" (publication and motion picture).

*Legal Experience*

Nov. 2005- Dec. 2018 **Office Manager, Sanders & Co. Ltd.**; Faribault, Minnesota
- Assisted with the establishment of a general practice law office.
- Acted for a woman to obtain a restraining order against her abusive husband. Client was awarded damages for constructive eviction from the home. Restraining order and custody of the children were granted.
- Acted for the grandparents of three children who were sexually abused. Clients were awarded a transfer of custody after a contested hearing.
- Acted on an application to the Minnesota Court of Appeals for a writ of prohibition. Managed all documents and pleading preparation in the matter.
- Acted for a small municipality in regard to environmental compliance of a waste water treatment facility. Drafted and advised on engineering contracts and related issues.
- Drafted and advised on contracts for clients of the firm.
- Advised on the sale of a local business valued at 500,000 USD.

Oct. 2003- June 2005 **Law Clerk, the Law Offices of O'Connor, Berman, Dotts and Banes**; Saipan, Commonwealth of the Northern Mariana Islands
- Acted as for employers sued by their non-resident workers. Workers alleged unlawful termination and violation of labor laws. After hearings, cases were dismissed as being without merit.
- Acted for a Chinese defendant accused of alien smuggling. Case was tried to a jury and went to verdict. Client was acquitted.
- Drafted pleadings, motions and briefs for the firm.
- Conducted legal research on various issues for the firm. The firm does litigation on personal injury and insurance claim cases, and represents garment factories, banks, hotels and real estate developers.
- Provided testimony as an expert witness in the area of Chinese language translation in U.S. Federal District Court.
- Assisted in the preparation of the firm's Chinese language website.

June 1999- Aug. 1999 **Judicial Intern, the Honorable Linda R. Reade, Fifth Judicial District Court of Iowa**; Des Moines, Iowa
- Researched civil issues and prepared opinion drafts.
- Discussed legal issues extensively with judges and clerks.

2

- Attended the 1999 Iowa Judicial Conference.

**July 1993- June 1996 Teaching Assistant (Junior Faculty Member); National Taiwan University, College of Law;** Taipei, Taiwan
- Assisted law students with academic affairs.
- Managed administrative matters for the Department of Law.
- Conducted research in both English and Chinese, and completed a LL.M. in Public & International Law while working in this position.

**Jan. 1992- Feb. 1993 Assistant Researcher, Communications and Transportation Ministry;** Taipei, Taiwan
- Drafted legal memoranda on various legal issues and advised other departments within the Ministry.
- Edited and revised amendment drafts for the Maritime Law and the Air Law.
- Assisted with the revision of a 3-volume publication entitled, "The History of Communications and Traffic in the Republic of China.
- Acknowledged "Excellent Performance" in 1992.

**Sep. 1990- Jan. 1992 Legal Intern, Taipei Municipal Women's Center Legal Clinic;** Taipei, Taiwan
- Provided volunteer legal services to indigent women in the city.
- Managed the administrative affairs for the clinic.

*Education*

| | |
|---|---|
| 2014 | K-12 School Administrator Licensure Program, Minnesota State University, Mankato; Mankato, Minnesota |
| 2003 | Ph.D. in Asian & Comparative Law, University of Washington, School of Law; Seattle, Washington. Focus on the legal system in the People's Republic of China. |
| 1998 | LL.M. (Master of Laws) in Public and International Law, National Taiwan University, College of Law; Taipei, Taiwan |
| 1997 | LL.M. (Master of Laws) in Asian and Comparative Law, University of Washington, School of Law; Seattle, Washington |
| 1991 | LL.B. (Bachelor of Laws), National Taiwan University, College of Law; Taipei, Taiwan |

*Publications*

3

2011 **VIOLENCE AGAINST WOMEN IN POST-MAO CHINA: INTERNATIONAL HUMAN RIGHTS NORMS AND LOCAL LAW** (VDM Verlag Dr. Müller, 2011)

2008 Translating **ON POLITICAL EQUALITY** (by ROBER A. DAHL, Yale University Press) (Published by Wu-Nan Publishing Company, Taiwan, 2008)

2007 *A Brief Comparison of the Domestic Violence Law in China and the State of Minnesota, U.S.A.* (Conference paper, Women & Development Forum, Shanghai, PRC, and has been published in the Women & Development Symposium 2008)

2004 *West's Colorado Practice Series, Civil Procedure Forms and Commentary, Vol.13 (Rules 50-65.1), 2004 Pocket Part Updated* (with Debra Knapp, Esq.)

2001 *The Concept of "Violence against Women" in International Human Rights Law* (in Chinese), Taiwan New Century Foundation Quarterly (Taiwan).

2000 *Introduction to the Concept of Universalism and Cultural Relativism in International Human Rights Law* (in Chinese), Taiwan New Century Foundation Quarterly (Taiwan).

1988 *The Jury System and Criminal Policy: A Brief Study of the Death Penalty Jury System* (in Chinese), National Taiwan University Student Law Journal (Taiwan).

### *Honors/Awards*

| | |
|---|---|
| 2001-2002 | Full Scholarship (tuition waiver), University of Washington, School of Law; Seattle, Washington |
| 1998-2000 | Tuition Waiver Scholarship, University of Washington, School of Law; Seattle, Washington |
| 1996-1997 | Exchange Student for LL.M. program and Tuition Waiver Scholarship at University of Washington, School of Law; Seattle, Washington |
| 1992 | "Award of Outstanding Performance," Ministry of Transportation and Communications; Taipei, Taiwan |
| 1988-1989 | Chairwoman, Law Students Association, National Taiwan University; Taipei, Taiwan |

4