**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-80056-CR-ALTMAN**

**UNITED STATES OF AMERICA**

vs.

**YUJING ZHANG,**
                  **Defendant.**
_____/

## GOVERNMENT'S WITNESS LIST

United States of America, by the undersigned Assistant United States Attorney, hereby gives notice of the Government's intent to call the following witnesses at trial:

1. United States Secret Service Special Agent Krystle Kerr
2. Willy Isidore
3. United States Secret Service Special Agent Brennan Fortune
4. Ariela Grumaz
5. United States Secret Service Special Agent Samuel Ivanovich
6. United States Secret Service Special Agent Craig Williams
7. United States Secret Service Special Agent Colin Mack
8. Federal Bureau of Investigation Forensic Examiner Ricardo Soto

9. Federal Bureau of Investigation Intelligence Analyst Erin N. O'Neal

10. Federal Bureau of Investigation Intelligence Analyst Alyssa Hernandez

11. Federal Bureau of Investigation Linguist Catherine K.S. Chang

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

    *s/Rolando Garcia*
    ROLANDO GARCIA
    Assistant United States Attorney
    Florida Bar 763012
    500 S. Australian Ave., Suite 400
    West Palm Beach, Florida 33401
    Rolando.Garcia@usdoj.gov
    Tel: (561) 820-8711
    Fax: (561) 659-4526

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2019, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    *s/Rolando Garcia*
    ROLANDO GARCIA
    Assistant United States Attorney