**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  19-80056-CR-ALTMAN/BRANNON**

**UNITED STATES OF AMERICA**

vs.

**YUJING ZHANG,**

       **Defendant.**
_____/

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

The United States, by and through the undersigned Assistant United States Attorney, respectfully submits the following voir dire questions, in accordance with the Court's Order Continuing Trial (DE 34), in addition to the general questions asked by the Court to prospective jurors.

1. There has been news media reporting on this case. To what extent, if any, have you read or heard any publicity or news reports relating to this case? If so, what types of news media sources did you obtain information about this case from? What did you read or hear? **(can be done sidebar)**

2. Did you obtain any information about this case on the internet? If so, what sites did you obtain information about this case from? What did read or hear?  **(can be done sidebar)**

3. Is there anything that you have read or heard that would effect your verdict? Will you be able to set aside anything you may have read or heard and judge the case fairly and impartially based on the evidence and the law as the Court instructs you?

4. Will you be able to set aside anything you may have read or heard and judge the case fairly and impartially based on the evidence and the law as the Court instructs you?

5. Have any of you visited a restricted building or grounds where a President of the United States or other person protected by the United States Secret Service was or was temporarily visiting? Is so, explain.

                                      Respectfully submitted,

                                      ARIANA FAJARDO ORSHAN
                                      UNITED STATES ATTORNEY

BY:    *s/ Rolando Garcia*
           ROLANDO GARCIA
           Assistant United States Attorney
           Florida Bar No. 763012
           500 S. Australian Ave., Suite 400
           West Palm Beach, FL 33401
           Office: (561) 820-8711
           Email: Rolando.Garcia@usdoj.gov

## CERTIFICATE OF SERVICE

**I hereby certify** that on August 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                      *s/ Rolando Garcia*
                                      Rolando Garcia
                                      Assistant United States Attorney