UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-80056-CR-ALTMAN**

**UNITED STATES OF AMERICA,**

vs.

**YUJING ZHANG,**

   **Defendant.**
_____/

## NOTICE OF FILING

The United States hereby gives Notice that on August 21, 2019, the Government's Classified *In Camera, Ex Parte* Memorandum of Law and Motion for an Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure was filed under seal with the Court pursuant to Title 18, United States Code Appendix, Section 4 and Federal Rules of Criminal Procedure 16(d)(1). The cover sheet for the Classified *In Camera, Ex Parte* Memorandum is attached as Exhibit 1.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

  By: *s/ Michael R. Sherwin*
     MICHAEL R. SHERWIN
     Assistant United States Attorney
     Court No. A5501230
     99 N.E. 4th Street
     Miami, Florida 33132
     Tel: (305) 961-9067
     michael.sherwin@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Michael R. Sherwin*
Assistant United States Attorney
