**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-80056-CR-ALTMAN**

**UNITED STATES OF AMERICA**

**vs.**

**YUJING ZHANG,**

             **Defendant.**
_____/

## GOVERNMENT'S WITNESS LIST

     United States of America, by the undersigned Assistant United States Attorney,

hereby gives notice of the Government's intent to call the following witnesses at trial:

1.      United States Secret Service Special Agent Krystle Kerr

2.      Mr. Willy Isidore

3.      United States Secret Service Special Agent Paul Patenaude, Jr.

4.      United States Secret Service Special Agent Brennan Fortune

5.      Ms. Ariela Grumaz

6.      United States Secret Service Special Agent Samuel Ivanovich

7.      United States Secret Service Special Agent Craig Williams

8.      Federal Bureau of Investigation Forensic Examiner Ricardo Soto

9.      Federal Bureau of Investigation Linguist Catherine K.S. Chang

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*s/Rolando Garcia*
ROLANDO GARCIA
Assistant United States Attorney
Florida Bar 763012
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401
Rolando.Garcia@usdoj.gov
Tel: (561) 820-8711

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2019, the undersigned electronically filed

the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Rolando Garcia*
ROLANDO GARCIA
Assistant United States Attorney