# EXHIBIT LIST

| UNITED STATES v. YUJING ZHANG | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| ASSISTANT U.S. ATTORNEYS: ROLANDO GARCIA AND MICHAEL R. SHERWIN | CASE NUMBER: 19-80056-CR-ALTMAN |
| DEFENSE ATTORNEY: YUJING ZHANG STANDBY COUNSEL: ROBERT ADLER AND KRISTY MILITELLO | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED | NOTES |
|---|---|---|---|---|---|
| 1-1, 1-2, 1-3, 1-4, 1-5 | MAR-A-LAGO SECRET SERVICE CHECKPOINT Photos | USSS SA KRYSTLE KERR | | | |
| 2 | MAR-A-LAGO Ariel Photo | USSS SA KRYSTLE KERR | | | |
| 3 | HOPE TAXI AND LIMO Receipt | WILLY ISIDORE | | | |
| 4 | MAR-A-LAGO Surveillance Video (thumb drive) | USSS SA BRENNAN FORTUNE | | | |
| 5 | BATH & TENNIS CLUB Surveillance Video (thumb-drive) | USSS SA BRENNAN FORTUNE | | | |
| 6 | MAR-A-LAGO & BATH TENNIS CLUB Surveillance Video Compilation | USSS SA BRENNAN FORTUNE | | | |
| 7-1, 7-2 | MAR-A-LAGO Reception Area Photos | ARIELA GRUMAZ | | | |
| 8 | YUJING ZHANG Passports | USSS SA SAMUEL IVANOVICH | | | |
| 9 | MIRANDA Warnings Form | USSS SA SAMUEL IVANOVICH | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED | NOTES |
|---|---|---|---|---|---|
| 10 | Video of Defendant at UNITED STATES SECRET SERVICE Interview Room | USSS SA SAMUEL IVANOVICH | | | |
| 11 | MIRANDA Warnings Video Clip | USSS SA SAMUEL IVANOVICH | | | |
| 12 | Ariel Photo of MAR-A-LAGO showing movement of Defendant | USSS SA SAMUEL IVANOVICH | | | |
| 13 | iPhone 7 | USSS SA SAMUEL IVANOVICH | | | |
| 14 | RED ROOF Receipt | USSS SA SAMUEL IVANOVICH | | | |
| 15 | UNITED AIRLINES Receipt | USSS SA SAMUEL IVANOVICH | | | |
| 16 | UNITED AIRLINES Records | CERTIFICATION OF THE CUSTODIAN | | | |
| 17 | COLONY HOTEL Records | CERTIFICATION OF THE CUSTODIAN | | | |
| 18 | RED ROOF INN Records | CERTIFICATION OF THE CUSTODIAN | | | |
| | | | | | |
| | | | | | |

2

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED | NOTES |
|---|---|---|---|---|---|
| 19 | USSS Evidence Custody Form | USSS SA CRAIG WILLIAMS | | | |
| 20 | FBI iPhone 7 Data Extraction Report | FBI FORENSIC EXAMINER RICARDO SOTO | | | |
| 21 | iPHONE 7 Data Extraction CD | FBI FORENSIC EXAMINER RICARDO SOTO | | | |
| 22 | iPHONE Data Extraction Spreadsheet | FBI FORENSIC EXAMINER RICARDO SOTO | | | |
| 23 | iPHONE Date Extraction Spreadsheet (TRANSLATED) | FBI LANGUAGE SPECIALIST CATHERINE K.S. CHANG | | | |
| 24 | YUJING ZHANG Contract w/ Beijing Peace Friendship Enterprise Mgmt. Co. | FBI LANGUAGE SPECIALIST CATHERINE K.S. CHANG | | | |
| 25 | YUJING ZHANG Contract w/ Beijing Peace Friendship Enterprise Mgmt. Co. (TRANSLATED) | FBI LANGUAGE SPECIALIST CATHERINE K.S. CHANG | | | |
| 26 | Palm Beach Sheriff's Office Mar-a-Lago Surveillance Video CD | USSS SA BRENNAN FORTUNE | | | |
| 27 | Photo of Secret Service Vest | USSS SA KRYSTLE KERR | | | |
| 28 | Time Differential Table | USSS SA SAMUEL IVANOVICH | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |