UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80056-CR-ALTMAN

UNITED STATES OF AMERICA v. YUJING ZHANG

# JURY QUESTIONS AND/OR NOTES TO THE COURT

PLEASE NOTE:  DO **NOT** SHOW YOUR NUMERICAL DIVISION
PLEASE RETAIN THIS FORM WITH THE EXHIBITS

We would like to resume tomorrow at 9:30 AM.

FOREPERSON'S SIGNATURE: _____

FOREPERSON'S NAME PRINTED: _____

DATE: 9/10/19   TIME: 6 pm

COURT'S ANSWER: _____

SIGNED: _____   DATE: _____   TIME: _____
JUDGE ROY K. ALTMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80056-CR-ALTMAN

UNITED STATES OF AMERICA v. YUJING ZHANG

# JURY QUESTIONS AND/OR NOTES TO THE COURT

PLEASE NOTE:  DO **NOT** SHOW YOUR NUMERICAL DIVISION
PLEASE RETAIN THIS FORM WITH THE EXHIBITS

The jury has reached a verdict.

FOREPERSON'S SIGNATURE: _____

FOREPERSON'S NAME PRINT: _____

DATE: 9/11/19      TIME: _____

COURT'S ANSWER: _____

SIGNED: _____   DATE: _____   TIME: _____
**JUDGE ROY K. ALTMAN**