UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80056-CR-ALTMAN/BRANNON

UNITED STATES OF AMERICA

vs.

YUJING ZHANG,

        Defendant.
_____/

## VERDICT

1. We, the Jury, unanimously find the Defendant as to Count 1 of the Indictment:

   _____       ✓
   NOT GUILTY        GUILTY

2. We, the Jury, unanimously find the Defendant as to Count 2 of the Indictment:

   _____       ✓
   NOT GUILTY        GUILTY

SO SAY WE ALL.

Signed and dated at the United States Courthouse, Fort Lauderdale, Florida this 9/11/19