**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-80056-CR-ALTMAN**

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

**v.**

**YUJING ZHANG,**

    *Defendant.*

_____/

**GOVERNMENT'S NOTICE OF FILING EXHIBITS ELECTRONICALLY**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this notice, pursuant to Local Rule 5.3, of the government's compliance to electronically file all redacted documentary exhibits and photographs offered into evidence at trial in the above referenced case.

    Respectfully Submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

    *s/ Rolando Garcia*
By:  ROLANDO GARCIA
    ASSISTANT U.S. ATTORNEY
    FLA. BAR NO. 763012
    500 Australian Avenue, Suite 400
    West Palm Beach, FL 33401
    (561) 820-8711; (561) 820-8777 (FAX)
    Rolando.Garcia@usdoj.gov

## Exhibits

| | |
|---|---|
| 1-1 - 1-5 | COMPOSITE - PHOTOS OF MAR-A-LAGO SECRET SERVICE CHECKPOINT |
| 2 | AERIAL PHOTO OF MAR-A-LAGO AREA |
| 3 | HOPE TAXI AND LIMO RECEIPT |
| 7-1, 7-2 | MAR-A-LAGO Reception Area Photos |
| 8 | YUJING ZHANG Passports |
| 9 | MIRANDA Warnings Form |
| 12 | Ariel Photo of MAR-A-LAGO showing movement of Defendant |
| 14 | RED ROOF Receipt |
| 15 | UNITED AIRLINES Receipt |
| 16 | UNITED AIRLINES Records |
| 17 | COLONY HOTEL Records |
| 18 | RED ROOF INN Records |
| 19 | USSS Evidence Custody Form |
| 20 | FBI iPhone 7 Data Extraction Report |
| 22 | iPHONE Data Extraction Spreadsheet |
| 23 | iPHONE Date Extraction Spreadsheet (TRANSLATED) |
| 24 | YUJING ZHANG Contract w/ Beijing Peace Friendship Enterprise Mgmt. Co. |
| 25 | YUJING ZHANG Contract w/ Beijing Peace Friendship Enterprise Mgmt. Co. (TRANSLATED) |
| 27 | Photo of Secret Service Vest |

## CERTIFICATE OF SERVICE

**I hereby certify** that on September 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Rolando Garcia*
Rolando Garcia
Assistant United States Attorney