



AO386-C

**GOVERNMENT
EXHIBIT**

CASE US v. ZHANG
NO. 19-CR-80056-ALTMAN

EXHIBIT   1-1
NO.