

# UNITED STATES SECRET SERVICE
# RESTRICTED AREA

**NOTICE PHOTO ID REQUIRED**

This area is under the jurisdiction of the U.S. Secret Service. You are entering a "Restricted Building or Grounds," as defined in Title 18, United States Code, Section 1752. Persons entering without lawful authority are subject to arrest and prosecution.

All vehicles and personnel entering or leaving the premises are subject to search. The following items are PROHIBITED:

- FIREARMS
- EXPLOSIVES
- KNIVES
- MACE/PEPPER SPRAY
- DRONES & OTHER UNMANNED AIRCRAFT
- WEAPONS OF ANY KIND & ANY OTHER ITEM DETERMINED TO BE POTENTIAL SAFETY HAZARDS.



**NO FIREARMS OR OTHER DANGEROUS WEAPONS**

