# Hope Taxi & Limo Trip Sheet

Make Checks payable to **Hope Taxi & Limo Inc.**
Mailing Address: 14844 68th st N Loxahatchee Fl, 33470

Date: _____3/29/19_____          Driver's Name: _____Willy Isidore_____

| Date | Passenger Name | No. of passengers | Origination | Destination | Amount Charged |
|---|---|---|---|---|---|
| 3/29 |  | 1 | Colony Hotel | Palm Beach Tour |  |
|  |  |  |  | Café Safari |  |
|  |  |  |  | Maralago |  |
|  |  |  |  | Back to Colony Hotel | $80.00 |

OW= One way
RT=Round Trip

Exh 3