Ex 7-2

