



Case 9:19-cr-80056-RKA   Document 73-10   Entered on FLSD Docket 09/19/2019   Page 3 of 5





