## MIRANDA WARNING
### *-WARNING AS TO YOUR RIGHTS-*

You must understand your rights before we ask you any questions.

You have the right to remain silent.

Anything you say can and will be used against you in a court of law.

You have the right to talk to a lawyer and have him present with you while you are being questioned.

If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.

You can decide at any time to stop the questioning and not answer any questions or make any statements.

### WAIVER

Do you *understand your rights?*

Are you willing to waive these rights and talk to us?

Signature of advisee: _____

Time: _14:34_        Date: _3/30/19_

Signature of official: _____

Signature of witness: _____

UNITED STATES SECRET SERVICE                                                SSF 1737B (Rev. 03/2006)
This form was electronically produced via Omniform via USSS/ADMIN/MNO/PARS

## ADVERTENCIA - MIRANDA
### *-AVISO DE SUS DERECHOS-*

Usted tiene que entender sus derechos antes de contestar a nuestras preguntas.

Usted tiene el derecho de permanecer callado o en silencio.

Cualquier cosa que usted diga puede ser usada y se usará en contra suya en corte o cualquier otro proceso legal.

Usted tiene el derecho de consultar un abogado y tenerlo presente mientras le interrogamos.

Si usted no puede pagar y desea un abogado, se le asignará uno antes de ser interrogado.

En cualquier momento usted puede decidir parar al interrogatorio y no contestar ninguna pregunta o hacer una declaración.

### RENUNCIA DE DERECHOS

¿Entiende usted sus derechos?

¿Está usted dispuesto a renunciar estos derechos y hablar con nosotros?

Firma de Advisee  en la línea: _____

Hora: _____        Fecha: _____

Firma del funcionario: _____

Firma del testigo: _____

UNITED STATES SECRET SERVICE                                                SSF 1737C (Rev. 03/2006)
This form was electronically produced via Omniform via USSS/ADMIN/MNO/PARS



AO386-C

**GOVERNMENT
EXHIBIT**

CASE   US v. ZHANG
NO.   19-CR-80056-ALTMAN

EXHIBIT    9
NO.