

1. Zhang dropped off by Taxi. First interaction with Special Agent Kerr.

2. Zhang dropped off by valet at USSS main magnetometers.

3. Zhang enters lobby, interacts with Ms. Grumaz and Special Agent Ivanovich.

4. Zhang interview initiation with Special Agent Ivanovich and Palm Beach Sheriff's Office Detectives.



Exh 12