

Red Roof PLUS+ West Palm Beach
2421 Metrocentre Boulevard East
West Palm Beach, FL  33407 US
Phone: 561-697-7710
Fax: 561-697-1728
Email: i0227@redroof.com
Printed: 3/29/2019 1:04:51 PM

# (Detailed)

/UJING, ZHANG                                         Conf #:

328                Room Type:  NP1KM, NON-SMOKING SUPERIOR 1 KING BED MICRO-
l                  Guests: 1/0
3OOKING            Daily Rate:  $161.99 + $21.06 Tax    GTD:   900 - CASH
3/28/2019 (Thu)    Departure:  3/29/2019 (Fri)

9 (Thu) - 3/28/2019 (Thu)    $161.99 + $21.06 Tax per night.

| Code | Description | Amount | Balance |
|---|---|---|---|
| 913 | VISA | ($183.05) | ($183.05) |
| 913 | VISA | ($183.05) | ($366.10) |
| 913 |  | $183.05 | ($183.05) |
| 100 | ROOM CHARGES | $161.99 | ($21.06) |
| 150 | STATE TAX | $9.72 | ($11.34) |
| 151 | COUNTY TAX | $11.34 | $0.00 |
| 624 | SAFE WITH LIMITED WARRANTY | $1.50 | $1.50 |
| 150 | STATE TAX | $0.09 | $1.59 |
| 151 | COUNTY TAX | $0.11 | $1.70 |
| 624 | SAFE WITH LIMITED WARRANTY | ($1.50) | $0.20 |
| 151 | COUNTY TAX | ($0.11) | $0.09 |
| 150 | STATE TAX | ($0.09) | $0.00 |

/

| Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|
| $21.06 | $0.00 | $0.00 | ($183.05) | $0.00 | $0.00 |