# UNITED 

## DECLARATION

Re: UNITED AIRLINES, INC. SUBPOENA RESPONSE;

**YUJING ZHANG**

**CERTIFICATION OF RECORDS COPIES** (Custodian's Initials __VW__ )

I, a duly authorized Custodian of the Records for the **Ticket Documentation Department** of United Airlines, Inc. (the "Company"), hereby certify that, to the best of my information and belief, the records enclosed herewith are true and correct copies of the records maintained by this department, requested in the subpoena, in the above described cause of action/investigation.

As such, the records were maintained in the ordinary course of such business by employees of the Company at or near the time of the acts, conditions or events recorded therein.

The enclosed __2__ pages are copies of the original of such records, as described, and no other non-confidential documents relating to the records requested in the above noted action can be found or are available, after due search.

**CERTIFICATION OF NO RECORDS** (Custodian's Initials _____ )

I, a duly authorized Custodian of the Records for the **Ticket Documentation Department** of the Company, hereby certify that a thorough search has been made for records maintained by this department that were requested in the subpoena in the above described cause of action/investigation.

Said records may in fact exist, but said records, to the best of our information and belief, are not in our possession at this time.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __30th__ day of __July__ 2019.

By: __Vicki White__
(Please Print)

__Vicki White__
Signature

| United Airlines, Inc | Conjunction Ticket(s) | | Origin / Destination | | | Point Of Sale : | CN SHA |
|---|---|---|---|---|---|---|---|
| | | | SHAPBI Airline FNR/CTO_ATO KQ7RLR  0163 | | | Point Of issue : Agency Name : Book Tktg Agnt : Bkg Outlet : | SHA SHANGHAI DONGLI TICKET AGENT 08334863 / |
| Name of Passenger ZHANG YUTING MS | Date of Issue 2019-03-28 | | Original Issue info: | | | | |
| Restrictions / Endorsements REFUNDABLE CXLFEE CHGFEE | Tour Code CNCN1 | | Exin Src Id : BSPBXSCN Src Id:  BSP Std FL:  T Tran Type: S   FXD:   2019-03-28 ECCB :         Load Date: 2019-03-28 | | | Pax Type : Cpn Issn Usage : Doc Type : Load Id : Original Sale Info : | FFVV TKTT 2001182289 |

| Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Flt Dt | Bkg/ | ficig/ | Ticket Designator | Dprt Dt | Dprt Time | Fare Basis | Revenue Amt | TQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PVO | EWR | | UA | | 08* | 2019-03-28 | P | | PFE00GC0 CNCN | 2019-03-29 | 1430 | PFE00GC0 CNCN | 1,394.37 | 207.14 |
| 2 | EWR | PBI | | UA | | 482 | 2019-03-28 | P | | PFE00GC0 CNCN | 2019-03-28 | 2045 | PFE00GC0 CNCN | 350.07 | 51.93 |

| FARE | 11,780.00 CNY | Fare Calculation Area | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AY | 38.00 | 28MAR19SHA UA X/NYC UA PBI M1T END ROE6.745292 XT 125.00US27.00XA47.00XY39.00YC1751.00YQ | | | | | | | |
| CN | 90.00 | Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Certi.Num | Apprvl.Cd./CC.Exper.Dte./Ustp.Nm. |
| MJ | 8.00 | CA | | 0.00 | 0.00 | 2,057.67 | 13,907.00 | 0.00 | 0.00 | |
| US | 125.00 | Eqiv Amt: | Seq # | | | Other Fop: USD Amt: Orig Amt: | Comm.Type | Category | Comm.Amt. | Base Comm.Amt: |
| XA | 27.00 | Fare Amt USD: 1,744.44 | | | | | N/A | N/A | 0.00 | 0.00 |
| XY | 47.00 | Tkt Doc USD. 2,057.67 | Airline Form-serial | 0163553361737 | | Tkt Exch.Info Cpns Surrendered | All Comm Amt | Overrd. Amt | Comm Rate | EDD Description |
| YC | 39.00 | | | | | | 0.00 | 0.00 | 0.00 | |
| YQ | 1,751.00 | | | | | | | | | |
| Total Fare | 13,907.00 CNY | | | | | | | | | |

| FOP Type | FOP Acct | FOP Amt - USD | Orig Curr Amt | Orig Curr |
|---|---|---|---|---|
| CA | | 2,057.67 | 13,907.00 | CNY |

⊖ LIFT

| Tkt | Cpn | Seg | Orig | Dest | Miles | Mktg Carr | Oprg Carr | Flt Date | Mktg Flt Num | Oprg Flt Num | Dprt Time | Arrv Time | Irreg | FSTD | Cbn | Seat | F as S? | Src | Process Dt | Img |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0163553361737 | 1 | | PVG | EWR | | UA | UA | 3/28/2019 | 0087 | 0087 | 1624 | 1751 | | | | 11A | | ETF | | |
| | 2 | | EWR | PBI | | UA | UA | 3/28/2019 | 0482 | 0482 | 2056 | 2356 | | | | 3F | | ETF | | |

PAGE 27,660 UNITED AIRLINES    FLIGHT NUMBER 0087    NAME ZHANG/YA    P D I FOR 28MAR19    RUN DATE 30MAR19

```
******************************
.... PNR.CXRW7H CR27MAR 1657Z PEK BY RM 1
***1.1ZHANG/YUJINGMS
FONE-SHA*SHA.T-021-62839061 SHA DONG LI B
SINESS LTD. CO  /N000
[REDACTED]
RLOC-PEK1EKQ7RLR/SHA697/08311306/SHA/1E/TCN
TKT -T/TBC/CASH/35533617372/0001/$
G FX-SSRDOCSUAHK1/////25MAR86/F//ZHANG/YU
ING/-1ZHANG/YUJINGM
SSRDOCSUA///S
SSRDOCAUAHK1/D/USA/NEWYORK/NEWYORK/NY/1
0001-1ZHANG/YUJINGMS
SSRCTCEUAHK1/GPYYXGXPZ//CTRIP.COM-1ZHAN
/YUJING MS
SSRCTCMUAHK1/13564188220-1ZHANG/YUJINGS
SSRSEATUAKK1EWRPBI0482P28MAR-1ZHANG/YUJ
INGMS.03FF
UNDF-SSRPSPTUAHK/$0-ZHANG/YUJINGMS$N-ZHAN
[REDACTED]
1 UA  87P 28MAR PVGEWR HK 1 1630. 1900.
2 UA 482P 28MAR EWRPBI HK 1 2045. 2344.
*****     PNR HISTORY     *********
AF SHA*SHA.T-021-62839061 SHA DONG LI BUS
NESS LTD. CO  /N000
AF SHA*TANG.ZHEN FENG  /N000
AF PVG51757240/A136
AN 1ZHANG/YUJINGMS
[REDACTED]
A3 SSRD-CSUA///-1ZHANG/YUJINGMS
A3 SSRD.CAUAHK1/R/CHN/99FUQUANROAD/SHA-1Z
ANG/YUJINGMS
A3 SSRD-CAUAHK1/D/USA/NEWYORK/NEWYORK/NY/
0001-1ZHANG/YUJINGMS
A3 SSRCTCEUAHK1/GPYYXGXPZ//CTRIP.COM-1ZHA
[REDACTED]
AS UA  87P 28MARPVGEWR DK/SS 1 1630. 1900
AS UA 482P 28MAREWRPBI DK/SS 1 2045. 2344
AL PEK1EKQ7RLR/SHA697/08311306/SHA/1E/T/C
RCPEK1EKQ7RLR/SHA697/08311306/SHA/1E/T/
CN@27MAR1657Z
[REDACTED]
```

```
CN@27MAR1730Z
PEK RM 1E 27MAR 1730Z
XP SSRPSPTUAHK/$0-ZHANG/YUJINGMS$N-ZHANG/Y
UJING$B-860325$G-F|01.01
RCVD-
PVG PD FY 28MAR 0712Z
[REDACTED]
RCVD-
PVG PD FY 28MAR 0712Z
[REDACTED]
X3 SSRDOCSUA///-1ZHANG/YUJINGMS
A3 SSRDOCSUAHK1/////25MAR86/F//ZHANG/YUJIN
G/-1ZHANG/YUJINGM
A3 SSRDOCSUA///S
RCVD-AERO--DBAD85-PVG
PVG PD FY 28MAR 0712Z DBAD85 UA
A3 SSRSEATUAKK1EWRPBI0482P28MAR-1ZHANG/YUJ
INGMS.03FF
RCVD-
   28MAR 0712Z
..... APIS INFORMATION .....
************
FNAME:YUJING
LNAME:ZHANG
[REDACTED]
ISS DATE:     EXPIRY:    PLACE:USA
STREET: 600 NORTHPOINT PARKWAY
CITY: WEST PALM BEACH
COUNTRY:FL   POSTCD:99999
HIST 1 --- PARSDATE:28MAR  CITYCODE:PVG
HIST 2 --- DUTYCODE:PD   UNIATA:D8A
HIST 1 --- PARSDATE:28MAR  CITYCODE:PVG
HIST 2 --- DUTYCODE:PD   UNIATA:D8A
HIST 1 --- PARSDATE:28MAR  CITYCODE:PVG
HIST 2 --- DUTYCODE:PD   UNIATA:D8A
HIST 1 --- PARSDATE:27MAR  CITYCODE:PEK
HIST 2 --- DUTYCODE:RM   UNIATA:CF2
HIST 1 --- PARSDATE:27MAR  CITYCODE:PEK
HIST 2 --- DUTYCODE:RM   UNIATA:CF2
HIST 1 --- PARSDATE:27MAR  CITYCODE:PEK
HIST 2 --- DUTYCODE:RM   UNIATA:CF2
HIST 1 --- PARSDATE:27MAR  CITYCODE:PEK
HIST 2 --- DUTYCODE:RM   UNIATA:CF2
..... PDC INFORMATION .....
FNAME:YUJING
LNAME:ZHANG
```

```
28MAR 00.12.06 USIN 000A CLR R 0087/28MAR
   PVG EWR EYH
   FNAME:YUJING
   LNAME:ZHANG
27MAR 22.29.16 USIN 000X ERR R 0087/28MAR
   PVG EWR ENL
   FNAME:YUJING
   LNAME:ZHANG
27MAR 17.02.32 USIN 000X ERR R 0087/28MAR
   PVG EWR ENL
   FNAME:YUJING
   LNAME:ZHANG
27MAR 10.30.26 USIN 000X ERR R 0087/28MAR
   PVG EWR ENL
   FNAME:YUJING
   LNAME:ZHANG
27MAR 09.57.11 USIN 000X ERR R 0087/28MAR
   PVG EWR ENL
...........................
.... ETKT CREATED 29MAR 0720Z EWR BY PD SS
  UA
ZHANG/YUJINGMS
CNCN1      #1 OF 1 28MAR19
PVG UA  87P 28MAR1630 OK PFE0IGC0/CNCN
        NVB28MAR NVA28MAR USED    2PC
X EWR UA 482P 28MAR2045 OK PFE0IGC0/CNCN
        NVB28MAR NVA28MAR USED    2PC
PBI
FARE-   TAX   TAX   TAX   TTL-
  IT    90    38    1989      IT
FC 28MAR19SHA UA X/NYC UA PBI M/IT END ROE
6.745292
FP CASH
E1 -REFUNDABLE/COLFEE/CHGFEE
..... ETKT HISTORY ............
ZHANG/YUJINGMS
                 $IT
FP CASH
SHA 1E JC 27MAR 1730Z 999999 UA
CPN 1  CHECKED-IN
PVG PD FY 28MAR 0712Z DBAD85 UA
CPN 2  CHECKED-IN
PVG PD FY 28MAR 0712Z DBAD85 UA
CPN 1  LIFTED
PRN PD UA 28MAR 0802Z    UA
CPN 1  UA USED
PVG PD SS 28MAR 0850Z    UA
CPN 2  LIFTED
PRN PD UA 29MAR 0035Z    UA
CPN 2  UA USED
EWR PD SS 29MAR 0720Z    UA
********************************
```