CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [DESCRIBE ATTACHED DOCUMENTS HERE]

   Reservation Receipt Zhang Colony Hotel 3.29.19

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Bruce Seigel
Printed Name

General Manager
Title

The Colony Palm Beach
Company Name

155 Hammon Ave, Palm Beach FLA 33480
Business Address

7/29/19
Date of Declaration / Execution

Subpoena Control No.

IN RE: *United States v. Yujing Zhang*

## WAIVER OF APPEARANCE
## AND DOCUMENT RECEIPT

1. I, _Bruce Seigel_ for The Colony Hotel have custody and control of the documents listed in paragraph 2, below. I have requested _SPECIAL AGENT SAMUEL Ivanovich_ to take custody of these documents and present them to the Jury in lieu of actual appearance by myself before the Jury. I understand that this is voluntary on my part and I have an absolute right to appear before the Jury with expenses paid as provided by U.S. Statutes.

2. The documents submitted are as follows:

**Serial No.**

**Description**

Reservation Receipt Zhang
Colony Hotel 3.29.19

(use continuation sheet if necessary)

_[signature] GM CPB_
Signature of Person Submitting Documents

7/29/19
Date

_____
Signature of Person Receiving Documents

_____
Date

## The Colony Palm Beach
### Reservation

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Zhang Yujing | | | | Date Made | 29-Mar-2019 (Fri) |
| Address | 00 | | | | Clerk | RSI Interfaces |
| | Palm Beach, FL, United States 33480 | | | | Client Type | OTA Hotel Collect |
| | | | | | Src of Bus | Booking.com |
| Phone | | Cell | | 00 | Agent | |
| Email | | | | | | |
| | | | | | | |
| Date IN | 29-Mar-2019 (Fri) | | | | Adults | 1 |
| Date OUT | 31-Mar-2019 (Sun) | Nights | | 2 | Children | 0 |
| | | | | | | |
| Room Type | STBED | Rate Code | Booking.com / GDS | | Resid | 44962 |
| Room Number | 324 | Room Rate | $773.10 | | Status | InHouse |
| | | | | | | |
| Payment Type | VISA | Room Charges | $1,546.20 | | Deposit | ($776.53) |
| Name | Zhang Yujing | Other Charges | $38.52 | | Bal. Due | $1,009.19 |
| Number | ************9129 | Tax | $201.00 | | | |
| | | Total Charges | $1,785.72 | | | |

Guest Note    NA on Google

Note    who "URI" when "2019-03-29 12:45"
BookingDotCom Conf #:

tried calling the guest number on file but number doesnt go through

31-Mar-2019 01:09 PM                                                                                                 Page: 1

## The Colony Palm Beach
## Reservation

| | | | | | |
|---|---|---|---|---|---|
| Name | Zhang Yujing | | | Date Made | 29-Mar-2019 (Fri) |
| Address | 00 | | | Clerk | RSI Interfaces |
| | Palm Beach, FL, United States 33480 | | | Client Type | OTA Hotel Collect |
| | | | | Src of Bus | Booking.com |
| Phone | | Cell | 00 | Agent | |
| Email | | | | | |
| | | | | | |
| Date IN | 29-Mar-2019 (Fri) | | | Adults | 1 |
| Date OUT | 31-Mar-2019 (Sun) | Nights | 2 | Children | 0 |
| | | | | | |
| Room Type | STBED | Rate Code | Booking.com / GDS | Resid | 44962 |
| Room Number | 324 | Room Rate | $773.10 | Status | InHouse |
| | | | | | |
| Payment Type | VISA | Room Charges | $1,546.20 | Deposit | ($776.53) |
| Name | Zhang Yujing | Other Charges | $38.52 | Bal. Due | $1,009.19 |
| Number | ************9129 | Tax | $201.00 | | |
| | | Total Charges | $1,785.72 | | |

Guest Note    NA on Google

Note    who "URI" when "2019-03-29 12:45"
BookingDotCom Conf #:

tried calling the guest number on file but number doesnt go through