Subpoena Control No.

IN RE: *United States v. Yujing Zhang*

## WAIVER OF APPEARANCE
## AND DOCUMENT RECEIPT

1.    I, __Kevin Furst__ for <u>Red Roof Inn</u> have custody and control of the documents listed in paragraph 2, below. I have requested _____ to take custody of these documents and present them to the Jury in lieu of actual appearance by myself before the Jury.  I understand that this is voluntary on my part and I have an absolute right to appear before the Jury with expenses paid as provided by U.S. Statutes.

2.    The documents submitted are as follows:

<u>**Serial No.**</u>                                                                                  <u>**Description**</u>

**(use continuation sheet if necessary)**

_____                                    __7/30/19__
Signature of Person Submitting Documents                         Date

_____                                    _____
Signature of Person Receiving Documents                          Date



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*500 S. Australian Ave., Suite 400*
*West Palm Beach, FL  33401*
*(561) 209-1015*

July 25, 2019

Red Roof Inn

Re:  *United States v. Yujing Zhang*

Dear Sir or Madam:

As you are aware, production of records by a records custodian of a corporation or bank is frequently followed by the necessity of having that or another designated records custodian testify at a jury trial some time later.  This is necessary in order to lawfully enter the subpoenaed documents into evidence.

Federal law permits us to obtain "certifications" such as the one attached hereto, in place of live testimony.  When permitted by the court, these "certifications" could obviate the need for a witness at a trial.

With that in mind, please complete the attached "Certification of Domestic Records of Regularly Conducted Activity" and include it in your subpoena response.  Should you have any questions regarding the form or anything else regarding the subpoena, please contact the agent at the number indicated in the subpoena, or if you prefer, contact me directly.

Sincerely,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:  *s/Rolando Garcia*
ROLANDO GARCIA
ASSISTANT UNITED STATES ATTORNEY

CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.    The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.    The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: **[DESCRIBE ATTACHED DOCUMENTS HERE]**

3.    The records are originals or duplicate copies of domestic (United States) business records;

4.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.    The records were kept in the course of a regularly conducted business activity; and

6.    The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Kevin Furst
_____
Printed Name

General Manager
_____
Title

Red Roof Inns, Inc
_____
Company Name

2421 Metrocentre Blvd East
_____
Business Address   WPB, FL 33407

7/30/19
_____
Date of Declaration / Execution



**Red Roof PLUS+ West Palm Beach** ⸢
2421 Metrocentre Boulevard East
West Palm Beach, FL  33407 US
Phone: 561-697-7710
Fax: 561-697-1728
Email: i0227@redroof.com
Printed: 3/29/2019 1:04:51 PM

# (Detailed)

YUJING, ZHANG                                      Conf #:

328                 Room Type:  NP1KM, NON-SMOKING SUPERIOR 1 KING BED MICRO-
L                   Guests: 1/0
BOOKING             Daily Rate:  $161.99 + $21.06 Tax    GTD:   900 - CASH
3/28/2019 (Thu)     Departure:   3/29/2019 (Fri)

9 (Thu) - 3/28/2019 (Thu)    $161.99 + $21.06 Tax per night.

| Code | Description | Amount | Balance |
|---|---|---|---|
| 913 | VISA | ($183.05) | ($183.05) |
| 913 | VISA | ($183.05) | ($366.10) |
|  |  |  |  |
| 913 | VISA | $183.05 | ($183.05) |
| 100 | ROOM CHARGES | $161.99 | ($21.06) |
| 150 | STATE TAX | $9.72 | ($11.34) |
| 151 | COUNTY TAX | $11.34 | $0.00 |
| 624 | SAFE WITH LIMITED WARRANTY | $1.50 | $1.50 |
| 150 | STATE TAX | $0.09 | $1.59 |
| 151 | COUNTY TAX | $0.11 | $1.70 |
| 624 | SAFE WITH LIMITED WARRANTY | ($1.50) | $0.20 |
| 151 | COUNTY TAX | ($0.11) | $0.09 |
| 150 | STATE TAX | ($0.09) | $0.00 |

| Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|
| $21.06 | $0.00 | $0.00 | ($183.05) | $0.00 | $0.00 |



| Inn 227 | Reg. #:  227-403379 |
|---|---|

| Room # | Last Name | First | | Date | Avg. Rate + Tax |
|---|---|---|---|---|---|
| 328 | YUJING, ZHANG | | | 3/28/2019 | $161.99 -- $21.06 |

| In Date | Home Address | | | |
|---|---|---|---|---|
| 3/28/2019 | | | | |

| Out Date | City | State | Zip Code | |
|---|---|---|---|---|
| 3/29/2019 | | | | |

| # Adults  1 | Email Address | | Rate Verification |
|---|---|---|---|

| # Children  0 | Company Name | | Initials  ZY |
|---|---|---|---|

| GSR | Company City | State | Zip Code | RediCard # |
|---|---|---|---|---|

| License Plate# | No | State | I.D. # |
|---|---|---|---|

| Card Type | Card Provided for Reservation | Approval Code | Transaction Date |
|---|---|---|---|

| Special requests and/or share with information | Would you like to have a wake up call? |
|---|---|
| | ☐ Yes  Time_____   ☒ No |

By signing below, I agree to pay all charges incurred with respect to my room, including any damages to the premises, by the payment method checked below. I also authorize you to charge room, tax and other charges to the credit/debit card checked. I understand that you will pre-authorize my card for room and tax for the number of days of my reservation and that it may take up to ten days after check-out for this authorization to be released.

☐ Cash     ☐ Credit Card     ☐ Direct Bill     ☐ Other

I understand an optional safe with limited warranty fee of $1.50 per night will appear on my bill and may be removed upon request at or after checkout.          Initials: _____ ZY

This Hotel is a Non-Smoking Hotel.  If this policy is violated by someone in your room during your stay, a $200.00 fee will be charged to your account.          Initials: _____ ZY

| Signature | | # Keys |
|---|---|---|
| X | | |

The information provided on this form is subject to the Red Roof Inn Privacy Policy that can be reviewed by visiting our website at www.redroof.com