# Miami Electronic Crimes Task Force

10350 NW 112th Ave

Miami, FL 33178
Voice: (305)863-5000
FAX: (305)863-5472



Lab # 

| Evidence # | Make | Model | Description | Serial # |
|---|---|---|---|---|
| 2019069-S1 | SanDisk | Ultra | 16 GB | BL150925262D |
| 2019069-S2 | Toshiba HDD | HDTB105AK3AA | 500 GB | Y2P1C71QTXL4 |
| 2019069-S3 | Apple MacBook Air | A1466 | | FVFX8LG9J1WI |
| 2019069-S4 | Google | Pixel | | IMEI: 357536083108854 |
| 2019069-S5 | Apple iPhone | A1528 | | IMEI: 358776051690124 |
| 2019069-S6 | Apple iPhone | SE | | IMEI: 356596082222917 |
| 2019069-S7 | Apple iPhone | iPhone 7 | | IMEI: 355340080054209 |
| 2019069-S8 | Apple iPad A1823 | iPad | | DMPVLABRHLJJ |

| Date / Time | Evidence # | Make / Model | Sender | Recipient | Reason |
|---|---|---|---|---|---|
| 3/31/2019 7:06:04 AM | S1 | SanDisk Ultra | Ivanovich | Williams | Intake |
| 3/31/2019 7:06:04 AM | S2 | Toshiba HDD HDTB105AK3AA | Ivanovich | Williams | Intake |
| 3/31/2019 7:06:04 AM | S3 | Apple MacBook Air A1466 | Ivanovich | Williams | Intake |

Ex+ 19

| Date/Time | Item | Description | Sender | Recipient | Status |
|---|---|---|---|---|---|
| 3/31/2019 7:06:04 AM | S4 | Google Pixel | Ivanovich | Williams | Intake |
| 3/31/2019 7:06:04 AM | S5 | Apple iPhone A1528 A1528 | Ivanovich | Williams | Intake |
| 3/31/2019 7:06:04 AM | S6 | Apple iPhone A1662 SE | Ivanovich | Williams | Intake |
| 3/31/2019 7:06:05 AM | S7 | Apple iPhone A1660 iPhone 7 | Ivanovich | Williams | Intake |
| 3/31/2019 7:06:05 AM | S8 | Apple iPad A1823 iPad | Ivanovich | Williams | Intake |
| 4/3/2019 10:15:53 AM | S1 | SanDisk Ultra | Fernandez | Mack | Released |
| | | | (sender) | A12697 (recipient) | |
| 4/3/2019 10:15:54 AM | S2 | Toshiba HDD HDTB105AK3AA | Fernandez | Mack | Released |
| | | | (sender) | A12697 (recipient) | |
| 4/3/2019 10:15:54 AM | S3 | Apple MacBook Air A1466 | Fernandez | Mack | Released |
| | | | (sender) | A12697 (recipient) | |
| 4/3/2019 10:15:54 AM | S4 | Google Pixel | Fernandez | Mack | Released |

| | | | | | | |
|---|---|---|---|---|---|---|
| | (sender) | | | | A12697 (recipient) | |
| 4/3/2019 10:15:54 AM | S5 | | Apple iPhone A1528 A1528 | Fernandez | Mack | Released |
| | (sender) | | | | A12697 (recipient) | |
| 4/3/2019 10:15:54 AM | S6 | | Apple iPhone A1662 SE | Fernandez | Mack | Released |
| | (sender) | | | | A12697 (recipient) | |
| 4/3/2019 10:15:54 AM | S7 | | Apple iPhone A1660 iPhone 7 | Fernandez | Mack | Released |
| | (sender) | | | | A12697 (recipient) | |
| 4/3/2019 10:15:54 AM | S8 | | Apple iPad A1823 iPad | Fernandez | Mack | Released |
| | (sender) | | | | A12697 (recipient) | |