## Extraction Report
Apple iPhone Logical

### Summary

| | |
|---|---|
| UFED Physical Analyzer version | 7.15.0.46 |
| Report creation time | 4/5/2019 10:28:17 AM -04:00 |
| Time zone settings (UTC) | Original UTC value |
| Examiner name | FE R SOTO |
| Case number | |
| Evidence number | 1B6 (QMM90404RS1) |
| Notes | 1B6 (QMM90404RS1): Apple iPhone 7, Model A1660, PIN 123799, Serial Number F4GSW82WHG72, IMEI 355340060054209. |

### Source Extraction

| Logical | |
|---|---|
| Extraction start date/time | 4/4/2019 6:22:38 PM |
| Extraction end date/time | 4/4/2019 6:46:59 PM |
| Selected manufacturer | Apple |
| Connection type | Cable No. 220 |
| Extraction software version | 7.15.0.46 |
| Is encrypted | Encrypted by UFED Physical/Logical Analyzer during the extraction process for user credentials information |
| Backup password | 1234 |
| Extraction type | Logical [ Method1 ] |
| Extraction ID | eae01d03-08c9-4879-9116-870ae79ebc2d |

### Device Information

| Name | Value |
|---|---|
| Logical | |
| iPhone | |
| Detected Phone Model | iPhone 7 (A1660/A1779/A1780) |
| Time Zone | (UTC-05:00) New_York (America) |
| Model number | MNGY2 |
| Serial | F4GSW82WHG72 |
| Owner Name | iPhone |
| Unique ID | 4412ED1C5CF8759937868E9802CD2ED0E08673CF |
| Detected Phone Model Identifier | iPhone9,1 |
| Bluetooth device address | 48:a1:95:21:1f:2c |
| OS Version | 12.1.2 |
| WiFi address | 48:a1:95:21:1f:2b |
| Storage available (Bytes) | 72.15 GB |
| IMEI | 355340060054209 |
| Is encrypted | True |
| Storage capacity (Bytes) | 115.3 GB |
| Activation State | Activated |
| Baseband version | 5.30.00 |
| Apple ID | miys20170717@icloud.com |
| Apple ID | yicery@128.com |
| Apple ID | emily.lhy@gmail.com |
| Apple ID | yicery@sohu.com |
| iCloud account present | True |
| Last used MSISDN | +15612830893 |
| MSISDN | +15612253690 |
| MSISDN | |
| Last used ICCID | 89012501717052774833 |
| ICCID | 89012001537440777820 |
| ICCID | 89980117801540890490 |
| Phone date/time | 4/4/2019 10:22:34 PM(UTC+0) |
| MSISDN | 15612830893 |
| Tethering | |
| Last Activation Time | 4/4/2019 10:10:53 PM(UTC+0) |
| Phone Settings | |
| Time Zone | (UTC-05:00) New_York (America) |
| Locale language | zh_CN |
| Cloud Backup Enabled | True |
| Location Services Enabled | False |
| Auto Time | True |
| Auto Time Zone | False |
| Find my iPhone enabled | True |

Exh 20

## Image Hash Details (1)

⚠ Hash data is available for this project.

| # | Name | Info | |
|---|------|------|---|
| 1 | FileDump | Path | iPhoneBackup.tar |
| | | Size (bytes) | 6835456384 |
| | | SHA256 | 6E86A8248D1608662AEB828038AD024ACD7347D80EBA52BEF485B4EA5 1A6E804 |

## Plugins

| # | Name | Author | Version |
|---|------|--------|---------|
| 1 | iPhone Backup Parser<br>Parses all iPhone Backup/Logical/FS dumps, including decryption and/or FileSystem creation when necessary | Cellebrite | 2.0 |
| 2 | CpioExtractor<br>Decode all the CPIO files in the extraction | Cellebrite | 2.0 |
| 3 | iPhone Databases<br>Reads various databases on the iPhone, containing notes, calendar, locations, Safari bookmarks, cookies and history, Facebook friends and bluetooth pairings. | Cellebrite | 2.0 |
| 4 | iPhone device info<br>Decodes device infromation for iPhone devices | Cellebrite | 2.0 |
| 5 | Quicktimetadata<br>Extracts metadata from Apple quicktime movies | Cellebrite | 2.0 |
| 6 | Pre Project | | |
| 7 | Garbage Cleaner | | |
| 8 | ContactsCrossReference<br>Cross references the phone numbers in a device's contacts with the numbers in SMS messages and Calls. Will fill in the Name field of calls and SMS if there's a match. | Cellebrite | 2.0 |
| 9 | Project Processor Finisher | | |
| 10 | Post Project | | |

## Contents

| Type | Included in report | | Total | |
|------|--------------------|---|-------|---|
| 🔵 Bluetooth Devices | 553 | (10 Deleted) | 553 | (10 Deleted) |
| Call Log | 247 | | 247 | |
| Chats | 675 | | 675 | |
| ● iMessage | 2 | | 2 | |
| ● iMessage: +8618017722457 | 1 | | 1 | |
| ● iMessage: +8618616232142 | 2 | | 2 | |
| ● iMessage: +8618521537083 | 3 | | 3 | |
| ● Momo: 534408640 | 14 | | 14 | |
| ● WeChat: weid_3qd6ej0abbl222 | 42 | | 42 | |
| ● WeChat: weid_fb5e4pvxc5a422 | 10 | | 10 | |
| ● WeChat: weid_i7vyej2yw6wy12 | 2 | | 2 | |
| ● WeChat: weid_qxgac6h txmd112 | 43 | | 43 | |
| ● WeChat: yicejing | 556 | | 556 | |
| 👤 Contacts | 15729 | (71 Deleted) | 15729 | (71 Deleted) |
| 🍪 Cookies | 1679 | | 1679 | |
| Installed Applications | 891 | | 891 | |
| Instant Messages | 111 | | 111 | |
| Locations | 82 | (8 Deleted) | 82 | (8 Deleted) |
| Log Entries | 327 | | 327 | |
| MMS Messages | 7 | | 7 | |
| Notes | 125 | (61 Deleted) | 125 | (61 Deleted) |
| Passwords | 914 | | 914 | |
| Recordings | 9 | | 9 | |
| Searched Items | 367 | (249 Deleted) | 367 | (249 Deleted) |
| SMS Messages | 368 | | 368 | |
| User Accounts | 27 | | 27 | |
| Web Bookmarks | 6 | | 6 | |
| Web History | 1344 | (874 Deleted) | 1344 | (874 Deleted) |
| Wireless Networks | 33 | | 33 | |

| | | | | | |
|---|---|---|---|---|---|
| Timeline | | 49575 | (989 Deleted) | 49575 | (989 Deleted) |
| Data Files | | 106843 | (7 Deleted) | 106843 | (7 Deleted) |
| Archives | | 207 | | 207 | |
| Audio | | 537 | | 537 | |
| Configurations | | 65948 | (6 Deleted) | 65948 | (6 Deleted) |
| Databases | | 641 | (1 Deleted) | 641 | (1 Deleted) |
| Documents | | 107 | | 107 | |
| Images | | 29920 | | 29920 | |
| Text | | 659 | | 659 | |
| Uncategorized | | 10697 | | 10697 | |
| Videos | | 127 | | 127 | |

## Bluetooth Devices (553)

| # | Last Connected | Name | Mac Address | Info | Deleted |
|---|---|---|---|---|---|
| 1 | | | Public 8A:26:0A:00:FE:EF | | |
| 2 | | | Public 19:18:FC:06:B3:99 | | |
| 3 | | | Public 68:22:0A:00:FE:EF | | |
| 4 | | | Public 19:18:FC:06:61:2B | | |
| 5 | | | Public 19:18:FC:06:B3:A9 | | |
| 6 | | | Public DA:21:0A:00:FE:EF | | |
| 7 | | | Public 1D:22:0A:00:FE:EF | | |
| 8 | | | Public 19:18:FC:06:B3:2C | | |
| 9 | | | Public 19:18:FC:06:B3:16 | | |
| 10 | | | Public 75:22:0A:00:FE:EF | | |
| 11 | | | Public 19:18:FC:06:61:0D | | |
| 12 | | | Public 19:18:FC:06:62:D8 | | |
| 13 | | | Public E8:21:0A:00:FE:EF | | |
| 14 | | | Public 19:18:FC:06:62:E7 | | |
| 15 | | | Public 19:18:FC:06:B3:2E | | |
| 16 | | | Public A8:26:0A:00:FE:EF | | |
| 17 | | | Public 19:18:FC:06:B3:1E | | |
| 18 | | | Public 4B:22:0A:00:FE:EF | | |
| 19 | | | Public 1C:1A:C0:7A:8A:89 | | |
| 20 | | | Public B8:78:2E:37:D5:ED | | |
| 21 | | | Public 74:A3:4A:9F:26:85 | | |
| 22 | | | Public 00:15:81:BD:44:A1 | | |
| 23 | | | Public 2C:41:A1:DD:F8:4B | | |
| 24 | | | Public 2C:41:A1:DD:FD:4D | | |
| 25 | | | Random F8:28:66:9C:58:3C | | |
| 26 | | | Public B0:34:95:43:E9:EE | | |
| 27 | | | Public 5C:F9:38:D1:13:93 | | |
| 28 | | | Public F8:04:2E:F3:8E:F3 | | |
| 29 | | | Public 14:BD:61:06:D0:E8 | | |
| 30 | | | Public FC:6F:90:A7:A0:C5 | | |
| 31 | | | Public 14:99:E2:17:9A:AA | | |
| 32 | | | Public 24:4B:03:73:30:DD | | |
| 33 | | | Public 24:4B:03:F3:59:03 | | |
| 34 | | | Public F4:B6:5E:4D:AE:66 | | |
| 35 | | | Public D0:39:72:C6:90:26 | | |
| 36 | | | Public D0:39:72:C6:9A:06 | | |
| 37 | | | Public D0:39:72:C6:63:09 | | |
| 38 | | | Public F4:B6:5E:4D:96:DC | | |
| 39 | | | Random F7:07:F8:23:C0:C5 | | |
| 40 | | | Public D0:39:72:C6:92:F8 | | |
| 41 | | | Public D0:39:72:C6:86:AD | | |
| 42 | | | Public D0:39:72:C6:83:7A | | |
| 43 | | | Public D0:39:72:C6:9C:8E | | |
| 44 | | | Public D0:39:72:C6:73:6C | | |
| 45 | | | Public 52:63:FF:22:CF:85 | | |
| 46 | | | Public D0:39:72:C6:92:CD | | |
| 47 | | | Public D0:39:72:C6:75:0D | | |
| 48 | | | Public F4:B6:5E:4D:A0:04 | | |
| 49 | | | Public D0:39:72:C6:7C:F0 | | |
| 50 | | | Public DC:0D:30:23:D0:0B | | |
| 51 | | | Random C1:00:31:00:26:6A | | |
| 52 | | | Random C1:00:31:00:22:AB | | |
| 53 | | | Public 01:17:C6:9B:E1:E8 | | |
| 54 | | | Random C1:00:31:00:22:9C | | |
| 55 | | | Random F8:4E:34:EB:32:F8 | | |
| 56 | | | Random ED:E8:EC:4E:6E:C9 | | |
| 57 | | | Public 0C:8C:DC:15:01:25 | | |
| 58 | | | Public 2C:6F:C6:24:C9:1E | | |
| 59 | | | Public 8C:85:90:57:03:87 | | |
| 60 | | | Public 0C:70:4A:30:35:B2 | | |
| 61 | | | Public 08:68:96:86:77:AF | | |
| 62 | | | Public 24:4B:03:D6:AC:78 | | |