

GOVERNMENT
EXHIBIT
US v. ZHANG
CASE NO. 19-CR-80056-ALTMAN
EXHIBIT NO. 24

# 合同

甲方：北京和平友好企业经济有限责任公司

乙方：　　　　张玉靖　　　　

为了践行中共中央总书记习近平同志号召的"一带一路"、"走出去"发展等战略，甲方响应党中央最高指示，在方方面乙方全权委托的情况下，为乙方规划并拟于2019年9月X日，在川普总统私人庄园海湖庄园合作交流联谊会及商务宴会服务。并达成了以下协议条款：

一、乙方自愿赞助甲方二万美元作为本人参加本次活动的费用。其费用以下项目享有：

此费用包括：

1. 来回乘坐飞机票；

2. 入住豪宅酒店五五标间、景区票（西海、马拉等）、名胜（华尔街、自由女神、世贸中心、时代广场）等观光交易活动等；

3. 由美国中美文化（NSD）机构颁发《和平博士荣誉证书》；

4. 由海湖庄园川普接待合作交流委员会领发《美中友好使者荣誉证书》；

5. 联合国/美联社、纽约新、英国、法国、中国等中外200家左右的主流媒体，对此次活动的报道宣传。

如果因甲方人为原因导致乙方不能参会，甲方承担100%退款。若因乙方原因导致不能参加活动无法退款。若因人力不可抗拒的因素或中美两国外交政策变化以及甲方不能控制的因素导致主要嘉宾不能出席活动，造成乙方不能与主要嘉宾共聚、合照、视频等活动的，甲方同意为乙方再免费按排三次机会，如果三次仍无法帮助乙方实现目的，双方同意本着尽职原则，已发生的费用部份扣除，还没有发生的费用。

二、乙方同意签定协议后三日内支付甲方劳务款 2 万美元或等值人民币 13.5 万元到甲方指定的帐户上。

收款人：北京恒平友好企业管理有限责任公司



三、目前在乙方要求使用同一参考资料及方式的情况下，可委内委托乙方各地合作办事处代办，甲乙双方承诺：共同遵守本协议，在本协议合作结束之后的五年内，互不能以可要求对方提供的第三方资源私下开展合作，互不对什么竞争性的协议，否则，违反方需向守约方支付违约金 10 万元人民币。

乙方承诺自协议签：甲方是我北京最早开下本签证业务并提供一切服务的。甲乙双方一定配合，对方需要达到字盖章，用份地认真、周到、尽快的办为一种正当与行的事情以示尊重。双方协商，诚实守信。乙方在委托甲方所实施的行动范围以内，勿请在运用关键词。

四、甲乙双方同意，本协议的有关重要三人员在他人盖章之日起方发生本协议内容生效后履行各尽之职责。留 1 一年到务期后，协议总备原备查信档。



甲方盖章：
代表签字：

乙方签字：
代表签字：
签订日期：2015 年 02 月 15 日