UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI New Haven
600 State Street
New Haven, CT 06511

| | |
|---|---|
| File Number: | ▇▇ ▇▇ |
| Requesting Official(s) and Office(s): | SA Irina Thomas (MM) |
| Task Number(s) and Request ID: | 1026760, 1026350 |
| Date Completed: | 8/2/2019 |
| Name and Office of Linguist(s): | LA San-San Yu (NH) |
| Name and Office of Reviewer(s): | LA Catherine Chang (MP) FINAL |
| Source Language(s): | Chinese |
| Target Language: | English |
| Source File Information<br>Names of Document Files: | Pics: 6, 7, 20, 23, 50, 51, 55, 104, 105, 119, 120, 124, 136, and 173 |

## VERBATIM TRANSLATION

Abbreviations:
| | |
|---|---|
| *Italics* | Originally in English |
| TN | Translator's Note |
| [ ] | Exegesis |

[TN: A Chinese name is translated in the manner that the last name is all capitalized to differentiate it from the first name.]

UNCLASSIFIED

Ext. 25

UNCLASSIFIED

File Number:

**[File Name: Pic 6]**

[There are illegible dotted characters on this page. On the right of the dotted characters is an incomplete red round seal that reads Beijing Peace Friendship Enterprise.]

## Contract

Party A: Beijing Peace Friendship Enterprise Management Co., Ltd.

Party B: ZHANG Yujing

In order to carry out General Secretary of CPC XI Jinping's development strategies of "the Belt and Road Initiatives" and "Go Global," and in response to the highest directive of the CCCPC, Party A, under the premise of Party B's complete discretion, will make arrangements for Party B in regard to attending a forum on economic and trade collaboration and exchanges at President Trump's private club at Mar-a-Lago on March 30, 2019 and business trips in the East Coast of the US. The Parties agree:

A. Party B shall pay Party A US$20,000 for all the expenditures associated with attending the below-mentioned event, including:

The costs include:

1. China-U.S round-trip tickets;

2. A seven-day trip in the Palm Beach, Florida, Washington D.C. (the White House and the Capital Hill), and New York City (the Wall Street, the Statue of Liberty, the World Trade Center, Times Square, and the NASDAQ Stock Market, etc.) in the U.S.;

3. "Honorary Doctorate Diploma in Peace" issued by the United Nations China [IL] (*NGO*).

4. "U.S.-China Friendship Missionary Honorary Certificate" issued by U.S. President Trump's Committee for Economic Cooperation and Development.

5. Professional reports and advertisements by 200 plus internet media outlets of the United Nations, the U.S., Russia, the U.K., France, and China.

Party A shall refund Party B 100% of Party B's payment if Party B is unable to attend the forum due to reasons caused by Party A. Party B shall not request any refund if Party B cannot attend the event due to Party B's own reason(s). . Party A shall make 3 more arrangements for Party B free of charge if for any force majeure, China-US diplomatic policy changes, or the absence of the intended important guests of the events resulted from matters outside Party A's control, and as a result where Party B cannot dine, take photos or videos with such guests.. Party A shall return the balance of Party B's

1
UNCLASSIFIED

UNCLASSIFIED

File Number:

payment to Party B after having deducted the actual occurred expenses should such intended social events not happen after three more attempts by Party A.

UNCLASSIFIED

File Number:

**[File Name: Pic 7]**

[There are illegible dotted characters on this page. On the right of the characters is an incomplete red round seal that read Beijing Peace Friendship Enterprise.]

B. Party B shall pay Party A US$20,000 or the equivalent RMB¥135,000 to the bank account listed below by Party A three days upon signing this contract:

Recipient: Beijing Peace Friendship Enterprise Management Co., Ltd.

Bank:

Account number: 

C. Party A, shall provide Party B services while Party B fulfills its obligation under Article 1. Party A and Party B shall promise to comply with this contract, not to bypass the other party and work with any third party without permission five years after the termination of this contract, and not to disclose the content of this contract to the public. It shall be construed as a breach of contract and the liable party shall pay RMB¥100,000 damage to other party if the breach occurs.

Party B shall understand and acknowledge that Party A shall not be responsible for any undesirable outcomes caused by Party A.

This contract has two identical copies, both are equally valid upon the signing or stamping of the two parties. Further discussion and negotiation shall be conducted for anything that has not been covered in this contract. Anything that has not been covered in this contract will be discussed and negotiated by both parties; when dispute arises, the parties may bring the dispute to the Chaoyang District People's Court where Party A is located for dispute resolutions.

D. This contract shall become effective upon the date when this contract is signed by both parties or their legal representatives. It shall tentatively stay valid for one year for its contents and articles to be executed. Please refer to the itinerary for the details of the activities.

Party A (Seal): [A complete red round seals that read Beijing Peace Friendship Enterprise]
Signed by its Representative:


Party B (Signature): ZHANG Yujing

Signed by Representative: ZHANG Yujing and signature
Date: February 14, 2019