```
                  UNITED STATES DISTRICT COURT

                 SOUTHERN DISTRICT OF FLORIDA

                  FORT LAUDERDALE DIVISION

                  CASE NO. 19-80056-CR-RKA



UNITED STATES OF AMERICA,          .
                                   .
            Plaintiff,             . Fort Lauderdale, Florida
                                   . September 10, 2019
            v.                     . 9:46 a.m.
                                   .
YUJING ZHANG,                      .
                                   .
            Defendant.             .
. . . . . . . . . . . . . . . . .



                        -  -  -  -  -

             Transcript of Testimony of Ariela Grumaz

            had before the Honorable Roy K. Altman,

           United States District Judge, and a Jury.

                        -  -  -  -  -
```

Proceedings recorded by mechanical stenography, transcript produced by computer.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5686

**APPEARANCES:**

```
For the Government:   Rolando Garcia
                      Assistant U.S. Attorney
                      United States Attorney's Office
                      500 South Australian Avenue
                      Suite 400
                      West Palm Beach, Florida  33401
                             and
                      Michael R. Sherwin
                      Assistant U.S. Attorney
                      United States Attorney's Office
                      99 NE 4th Street
                      Miami, Florida   33132


For the Defendant:    Robert E. Adler
                      Kristy Militello
                      Assistant Federal Public Defenders
                      Federal Public Defender's Office
                      450 Australian Avenue South
                      Suite 500
                      West Palm Beach, FL  33401


Court Reporter:       Francine C. Salopek, RMR, CRR
                      Official Court Reporter
                      United States District Court
                      299 E. Broward Blvd., Room 207B
                      Fort Lauderdale, Florida 33301
                      (954)769-5686

                         -   -   -   -   -
```

GRUMAZ - DIRECT/SHERWIN

| 1 | **TUESDAY, SEPTEMBER 10, 2019, 9:46 A.M.** |
|---|---|

2   *****

3            THE COURT:  Please call your next witness.

4            MR. SHERWIN:  Your Honor, at this time, the United

5   States calls Mar-a-Lago employee Ariela Grumaz.

6            THE COURT REPORTER:  Please raise your right hand and

7   be sworn.

8        *(ARIELA GRUMAZ, GOVERNMENT'S WITNESS, WAS SWORN)*

9            THE COURT REPORTER:  Please sit down.

10            Please pull the microphone up in front of you.  Please

11   state your full name for the record, spelling your last name.

12            THE WITNESS:  My name is Ariela Grumaz.  My last -- my

13   spelling name *(sic)* for my last name is G-R-U-M-A-Z.

14                    **DIRECT EXAMINATION**

15   BY MR SHERWIN:

16   Q.  Hello, Ms. Grumaz.  How are you?

17   A.  I'm good.

18   Q.  Ms. Grumaz, can you please tell the jury a little bit about

19   yourself in terms of who do you work for?

20   A.  I work for Mar-a-Lago Club.  And, uhm, I work for the club

21   for two years now.  I represent the front of the house, and I

22   take care of the customers and the people that are coming

23   through the club.

24   Q.  Okay.  So, you've worked two seasons at the Mar-a-Lago Club

25   then, ma'am?

GRUMAZ - DIRECT/SHERWIN

1    A.   Confirm.

2    Q.   Okay.  Can you please tell the Court and the jury, what are

3    your general -- what do you do every day as -- when you're

4    working at the Mar-a-Lago Club as the main receptionist?  What

5    are your general duties and responsibilities?

6    A.   If we have guests, I guide them, and I also tell them

7    whatever event or whatever questions they have about the club.

8    I answer phone club -- phone calls.  And I also, uhm -- so --

9    yeah.  I answer phone calls, I take care of the people, and

10   that would be all.

11   Q.   Okay.

12        MR. SHERWIN:  Could we please clear the screen too,

13   please.

14        Thank you.

15   BY MR. SHERWIN:

16   Q.   Okay.  Ms. Grumaz, as part of your duties and

17   responsibilities as -- working at the reception -- as part of

18   your duties and responsibilities at the Mar-a-Lago Club, are

19   you aware on a daily basis of what events are scheduled to

20   occur at the club every day?

21   A.   Confirm.

22   Q.   Okay.  And as part of your duties working for Mar-a-Lago,

23   do you also have an understanding of who the guests are and the

24   members are?  Do you know those people?

25   A.   Of course.

GRUMAZ - DIRECT/SHERWIN

1   Q.  And do you have a general, also, understanding of who their

2   friends and family members are for those members?

3   A.  Yes.

4   Q.  Okay.  Now, were you working at the Mar-a-Lago Club on

5   March 30th of this year?

6   A.  Yes.

7   Q.  Okay.  And what time did your shift start that day?

8   A.  So, I started early in the morning.  And it -- it would

9   have finished around late afternoon.

10  Q.  Okay.  Okay.  And on that day, did you encounter a female

11  named Ms. Zhang?

12  A.  Yes.

13  Q.  Okay.  And do you see Ms. Zhang here today?

14  A.  Yes, I see her.

15  Q.  Okay.  Can you please, for identification purposes,

16  identify an article of clothing she's wearing?

17  A.  She's wearing a light color shirt with light khaki pants,

18  green pants.

19  Q.  Okay.  And on March 30th, did you encounter her and speak

20  with her?

21  A.  Yes, I did.

22  Q.  Okay.  Before we get into those details, if we could please

23  look at Government's Exhibit 2 that is on the overhead.  Do you

24  see that map on your screen?

25  A.  Yes.

GRUMAZ - DIRECT/SHERWIN

1    Q.   Okay.  And if you -- you could use the touch pad like an

2    iPad -- could you circle and tell the jury where, again, was

3    your reception area that you were working on that day?

4    A.   This is -- this is the reception area.  This is the front

5    lobby.

6    Q.   Okay.  And is that, again, where you first encountered the

7    defendant?

8    A.   Yes.

9    Q.   Okay.  Now, I'm gonna hand you --

10            MR. SHERWIN:  If we could please wipe the screen.

11   BY MR. SHERWIN:

12   Q.   I'm gonna hand you what has not yet been entered into

13   evidence, Government's Exhibits 7-1 and 7-2.

14            *(Government's Exhibit Numbers 7-1 and 7-2 marked for*

15   *identification)*

16            MR. SHERWIN:  I just need a moment to show the

17   defendant.

18            *(Discussion had off the record between counsel)*

19            MR. SHERWIN:  Your Honor, if we could have the record

20   reflect that the government showed government's exhibits, which

21   are not yet in evidence, 7-1 and 7-2 to the defendant.

22            THE COURT:  It will so reflect.

23            MR. SHERWIN:  And these have also been provided in

24   discovery.

25            Permission to approach the witness with the exhibits?

GRUMAZ - DIRECT/SHERWIN

1      THE COURT:  You may.

2    BY MR. SHERWIN:

3    Q.  Seven-1 and 7-2 *(indicating)*.

4         Okay.  Ms. Grumaz, could you please pick up the first

5    photo, Government's Exhibit 7-1.

6         I think it may be the other one.

7         Great.  And please don't publish -- just -- if you can

8    just look yourself, please.  Thank you.  Thank you.

9         Are you familiar with that photo?

10   A.  Confirm.

11   Q.  Okay.  What is that a photo of?

12   A.  This is the photo of the lobby where it's the entrance.

13   This is how you get in -- in the club.

14   Q.  Okay.  And is that a photo of the area you were working on

15   March 30th?

16   A.  Confirm.

17   Q.  Okay.  And is that a photo of where you confronted

18   Ms. Zhang?

19   A.  Yes.

20   Q.  Okay.  And is that an accurate photo of how that area

21   looked on March 30th?

22   A.  Completely accurate.

23   Q.  Okay.  Now, Government's Exhibit 7-2, is that similar in

24   some way to the other exhibit, ma'am?

25   A.  Yes, but it's the opposite side.  So, this is what you see

GRUMAZ - DIRECT/SHERWIN

1  when you come in, in the lobby.

2  Q.  Okay.  And is that a fair and accurate representation of

3  how that lobby looked on March 30th of this year?

4  A.  Yes.

5  Q.  Okay.

6      MR. SHERWIN:  Your Honor, at this time, the government

7  moves those two exhibits, 7-1 and 7-2, into evidence.

8      THE COURT:  Any objection?

9      THE DEFENDANT:  *(In English)* I object.

10     THE COURT:  What's the nature of your objection?

11     THE DEFENDANT:  *(In English)* Well, it's sensitive.

12     THE DEFENDANT:  I think it's sensitive.

13     THE COURT:  The objection is overruled.  The witness

14  has properly identified and authenticated the exhibits.

15     Seven-1 and 7-2 will be admitted.

16     *(Government's Exhibit Numbers 7-1 and 7-2 admitted*

17  *into evidence)*

18     MR. SHERWIN:  All right.  Thank you, Judge.

19  BY MR. SHERWIN:

20  Q.  All right.  For reference purposes, and then we'll get into

21  the details here, I'm gonna show -- I'm now gonna publish --

22     MR. SHERWIN:  Permission to publish, your Honor?

23     THE COURT:  You may.

24  BY MR. SHERWIN:

25  Q.  -- Government's Exhibit 7-1.

GRUMAZ - DIRECT/SHERWIN

1        This is the reception area, ma'am?

2  A.   Yes.

3  Q.   Okay.  And on the touch screen could you show the jury,

4  where were you -- if you were, were you seated or standing

5  anywhere at the time you confronted the defendant on

6  March 30th?

7  A.   I was sitted *(sic)* at this desk.

8  Q.   Okay.  And this is your -- where you normally sit for your

9  reception duties?

10  A.   Confirm.

11  Q.   Okay.  And this is -- I believe you said there were two

12  angles of the photos, correct?

13  A.   Yes.

14  Q.   So, this is the angle looking out?

15  A.   Yes.

16  Q.   Okay.  And what is outside this door?

17  A.   Outside the door is -- if you walk a little bit, across it

18  is the office for the catering and the general manager *(sic)*

19  office.

20  Q.   Okay.  Do you know the general manager's name?  What's his

21  name or her name?

22  A.   It's Mr. Bernard Lemke.

23  Q.   Okay.  Now, outside this door is there also -- do the

24  Secret Service -- is there a checkpoint outside this door as

25  well?

GRUMAZ - DIRECT/SHERWIN

1    A.   On the left side, uhm, if you walk a little bit further, it

2    is the checkpoint and our security post.

3    Q.   Okay.  And does the -- or on March 30th, do you know

4    whether the Secret Service was manning that checkpoint?

5    A.   Yes.  They were.

6    Q.   Okay.  And on the weekend of March 30th, was there a secure

7    perimeter set up around Mar-a-Lago?

8    A.   Always, yes.  On that day, it was.

9    Q.   Okay.  Was -- were -- to your knowledge, was the president

10   and/or his family members at the property at that time?

11   A.   He was not there personally.

12   Q.   Okay.  Do you know whether his family members were there?

13   A.   Yes.

14   Q.   Okay.  So, let's talk about now the events of March 30th.

15   Okay?

16        When you were sitting at that desk, around what time

17   did you first confront the defendant?

18   A.   Around one, afternoon.

19   Q.   Okay.  And can you please tell the jury -- describe what

20   happened.  How did she walk in?  What did you see?

21   A.   So, normally if -- if you're sitting at the desk, you could

22   see through the door, which is a glass door.  And on -- as --

23   on the left side, because if she was coming from the security

24   point, normally that's how people are coming through -- I'll

25   point here *(indicating)* -- I could see her coming and filming.

GRUMAZ - DIRECT/SHERWIN

1   So, she would have a phone like this looking around and

2   filming *(indicating)*.

3        And after that, she stepped in and --

4   Q.  Let me pause, because you're saying a lot, and it may be

5   easier for the jury to understand.

6        So, when she came through the door, my first question

7   is:  Did you recognize who she was as a family or a member of

8   the family?

9   A.  No.  She -- no.

10  Q.  Okay.  And you said that she appeared to be filming when

11  she was walking in?

12  A.  Confirm.

13  Q.  To your knowledge, was that a phone or some type of an

14  actual camera, to the best of your recollection?

15  A.  It was a phone, because you could see pretty clearly

16  that -- the way how she was holding the phone.  We do have like

17  situations when you want to film, of course you see a slight --

18  it's a phone shape.

19  Q.  Okay.  And did she approach you or did she -- what happened

20  as she came through the door?  Did she try to engage with you?

21  A.  So, as soon as she enter the lobby, you could see that she

22  was fascinated by the decorations, so she was looking around.

23  And that's normally how we realize that they never been here

24  before.  So, I waited and see if she would stop.  And she

25  passed through.  She came through like this *(indicating)* and

GRUMAZ - DIRECT/SHERWIN

```
 1    pass --
 2    Q.  Okay.  I'm gonna stop you there to go through some of that.
 3         I'm gonna show you now Government's Exhibit 7-2 that's
 4    already in evidence.
 5         Now, Government's Exhibit 7-2, this is the opposite
 6    angle walking towards your desk now?
 7    A.  Yes.
 8    Q.  Okay.  And I believe you just said she walked through and
 9    she passed your desk?
10    A.  Yes.  She did not get near my desk.
11    Q.  Okay.
12    A.  So, she wanted to go where it's even more impressive, the
13    living room.
14    Q.  Okay.
15    A.  So, she wanted to go straight forward the living
16    room (sic).
17    Q.  Okay.  Let me pause there.
18         So, as she passed your desk, did she engage with you,
19    did she speak to you, did she say anything, or did she just
20    walk by?
21    A.  She walked by.
22    Q.  Okay.  Did you think of anything -- did you believe there
23    was anything unusual or suspect at this time?
24    A.  Of course.  Because it was how she was dressed.  For an
25    afternoon, uhm, she would have a long gray dress.  That would
```

GRUMAZ - DIRECT/SHERWIN

1    not match for that time --

2    Q.  Okay.

3    A.  -- of day to come to that day.

4    Q.  In addition to the dress, anything else about her actions

5    that you found odd or unusual?

6    A.  So, as soon as she entered, uhm, the door, I could see how

7    she would leave her phone near her body, and it was in a -- I

8    was thinking she might keep filming, but that's -- that's not

9    for a fact, like, you know, holding like this and having the

10   camera storage (sic), and she was going straight ahead.

11          And after she pass -- pass my desk, I had to stop her,

12   because I didn't want to let her in.

13   Q.  Okay.  So, let's hold there.

14          So, as she passed your desk, you tried to stop her

15   where, before entering --

16   A.  Before entering, yes.  Around here (indicating).  If you go

17   lower with your pen --

18   Q.  Yes.

19   A.  -- around there.

20   Q.  Okay.  And how did you stop her?  Did you say something?

21   A.  I said, "Ma'am, sorry, do you have an appointment?"

22   Q.  Okay.  And did you say this in English or another language?

23   A.  English.

24   Q.  And did she respond?

25   A.  She came right to my desk.

GRUMAZ - DIRECT/SHERWIN

1    Q.   Okay.  And did she respond?  You don't have to tell me what

2    the response was, but did she respond?

3    A.   In a sense, she did, yeah.  She came to the desk, and she

4    was looking at me wanting to see what I want.

5    Q.   Okay.  Now, before we get into that -- and did a

6    conversation ensue?

7    A.   I started the conversation with her.

8    Q.   Okay.  Before we get into that conversation, I still want

9    to look at this photo a little more.

10            Could you please tell the jury -- I see this -- it

11   appears to be a poster with -- there's words on here.  What is

12   this poster for?  What is this sign for?

13   A.   This poster is -- it's the schedule of the club events.

14   Q.   Is that posted every day?

15   A.   Yes.

16   Q.   Okay.  And will it say the name of the event?

17   A.   Yes.

18   Q.   Will it say the location of the event?

19   A.   Not necessarily.

20   Q.   Will it say the time of the event?

21   A.   Yes.

22   Q.   Okay.  So, is that posted on a daily basis or a weekly?  Is

23   that updated every day?

24   A.   Every -- well, it's once a month.

25   Q.   Okay.

GRUMAZ - DIRECT/SHERWIN

1    A.   Or -- it's, in fact -- it's changed two times, and it's

2    posted till those events are finished.

3    Q.   Okay.  I'll rephrase the question.  I apologize.

4         So, is this -- does this poster show monthly and/or

5    weekly events?

6    A.   Yes.

7    Q.   Okay.  And once those events are complete, a new poster is

8    put up?

9    A.   Yes.

10   Q.   Okay.  Now, what is this -- it looks like there's another

11   little placard or sign here, a small sign.  Can you tell the

12   jury, what is that a sign of?

13   A.   That sign shows that it's not allowed to take pictures or

14   film in all areas.

15   Q.   Okay.  And is this a Mar-a-Lago policy to your

16   understanding?

17   A.   Yes, it is.

18   Q.   Okay.  And is this something the members and club members

19   are known to -- do the club members know about this regulation?

20   A.   It is a rule.  It's a main rule.

21   Q.   Okay.

22        Okay.  So, let's get back to, now, this interaction

23   with the defendant, Ms. Zhang.

24        So, you interact with her in this area

25   here (indicating)?

16

GRUMAZ - DIRECT/SHERWIN

1  A.   So, after she went a little bit from my desk, I call her

2  saying that if I can -- like, if she has an appointment to

3  check.

4  Q.   Okay.

5  A.   And that's when she turned around, and she came very

6  friendly towards my desk, and I start questioning her.  And, of

7  course, we did communicate.

8  Q.   Okay.

9  A.   But she -- she had this, uhm, view in her eyes that she was

10  always looking for an answer.  She would not give me an

11  immediate answer.

12  Q.   Was it -- per your perception, did you have an

13  understanding whether she could understand English?

14  A.   Yes, she did understand English.

15  Q.   Okay.  So, before she had this conversation with you, did

16  she try to -- and, again, for recall purposes -- did she try to

17  go past you, and then you're the one that stopped her?

18  A.   Yes.

19  Q.   Okay.  When you stopped her, and you had this

20  conversation -- let's get into some details now about that

21  conversation.

22       I believe you said you asked her whether she had an

23  appointment?

24  A.   Yes, of course.

25  Q.   What was the defendant's response to that question?

GRUMAZ - DIRECT/SHERWIN

1   A.   So, the response was, "UN Chinese association," but that

2   answer she gave me after she showed me her phone, because --

3   Q.   Okay.  Let's stop then, because I would like to go in

4   chronological order, please.  I apologize to interrupt *(sic)*.

5   A.   Okay.

6   Q.   So, when you asked Ms. Zhang why she was there, did she

7   first show you her phone, did she speak, or did she do these

8   together?  What was that reaction?

9   A.   She was like, uhm, trying to find an answer to -- like, she

10  took her phone and like showed me a doc -- like in Chinese,

11  written text.

12  Q.   Okay.  And do you know Mandarin?

13  A.   No.

14  Q.   Okay.  So, the first response to your question wasn't a

15  verbal response, it was showing you a phone?

16  A.   Well, she told me to wait, and, yeah, she showed me the

17  phone.

18  Q.   Okay.  And she did not answer immediately.

19  A.   No, she didn't.

20  Q.   Did she at any point -- at that point say, "I'm going to

21  the pool"?

22  A.   Never, not to me, never.

23  Q.   Okay.  So, at -- she -- at that point, did she say anything

24  about, "I'm here because my family member or a member invited

25  me here"?

GRUMAZ - DIRECT/SHERWIN

1  A.  No.

2  Q.  Okay.  She showed you her phone, and I believe you said it

3  was in Mandarin?

4  A.  It was -- it was Asian.  I don't know if Mandarin or not,

5  but it was Asian, and I didn't understand a thing.

6  Q.  Okay.  And I believe you said she mentioned something about

7  a UN Chinese American Association event?

8  A.  Well, I kind of tried to pull her tongue to tell me what it

9  is, because we -- we are not going by showing pictures on the

10  phone, and I needed more details.  And we do write down

11  everything.

12       And, of course, she -- she first -- she told me the

13  event, and then I asked her her name.

14  Q.  Okay.  So, let's first talk about that, this UN Chinese

15  American Association event.  As the receptionist, you're

16  supposed to know and be aware of all events on property,

17  correct?

18  A.  Yes.

19  Q.  Okay.  When she said that event to you, did you have any

20  idea what that was?

21  A.  No, at all.

22  Q.  So, was there any such event scheduled, to your knowledge,

23  that day or that week for that event at Mar-a-Lago?

24  A.  For that event, no, but we had one event in the evening,

25  later in the evening.

GRUMAZ - DIRECT/SHERWIN

1   Q.   Okay.  Did that event have anything to do with any -- was

2   it related in any way to the UN?

3   A.   *(Witness nodding head affirmatively)*

4   Q.   Was it related in any way to Chinese affairs --

5   A.   No, not at all.

6   Q.   -- economics or trade?

7          THE COURT REPORTER:  I'm sorry.

8          MR. SHERWIN:  I'll say it slower.  I apologize.

9   BY MR. SHERWIN:

10  Q.   Was that event that evening called the Chinese American

11  association event?

12  A.   No.

13  Q.   Did it even have "China" or "Chinese" in the event name?

14  A.   No, at all.

15  Q.   Did it have the "UN" in that event name?

16  A.   No.

17  Q.   Or "friendship association"?

18  A.   No.

19  Q.   It was a completely different event?

20  A.   Yes.

21  Q.   Now, what did you do next after she mentions this UN

22  Chinese American Association event?

23  A.   Asked her for her name.

24  Q.   Okay.  And how did she relay that information to you?

25  A.   So, she told me her name.

GRUMAZ - DIRECT/SHERWIN

1          And then I -- I needed -- because I don't know how to

2     spell it, I wrote it as how it sound.  And after that, I tried

3     to, like, still questioning her if she has an appointment, if

4     she came for -- for dinner, for -- not dinner, but for lunch,

5     if she has an appointment with a member.

6          But she was so playing -- playing like --

7     Q.  Okay.

8     A.  She didn't -- yeah.

9     Q.  I apologize to interrupt.

10          So, when you asked her whether she has an appointment

11    or an engagement with a member, did she say yes or no?

12    A.  No.

13    Q.  Okay.  She just didn't answer?

14    A.  No, she was, like, trying to show me her phone and looking

15    for her words.

16    Q.  Okay.

17          Okay.  So, at this point, what did you do?

18    A.  I need to verify clearly if she had any appointment, and,

19    uhm, I contacted the manager for catering while she was

20    standing next to my desk.

21    Q.  Okay.  At this point, in just the reception area, who is in

22    the reception area with you?  Was it just you and Ms. Zhang?

23    A.  On that day, it was only me and her.

24    Q.  Okay.  Now, so you tried to make an effort to contact the

25    manager?

GRUMAZ - DIRECT/SHERWIN

1    A.  Yes.  I -- on the phone.

2    Q.  Okay.  What did you do next?

3    A.  After that, because I couldn't get ahold of him -- and as I

4    said, the office is next to our lobby, there is an agent always

5    in the living room.  I could not permit -- let her go freely in

6    the club, so I called -- I went -- I stood up, I told her to

7    wait.  Uhm, in the meantime, she went towards the calendar

8    here, the big one.

9    Q.  Okay.  She went by this calendar here *(indicating)*?

10   A.  Yeah, from here to here *(indicating)*.

11   Q.  Okay.

12   A.  And after that, I just stood, and I went and spoke with the

13   gentleman near the -- here *(indicating)*.

14   Q.  Can I stop you for a moment?

15   A.  Sure.

16   Q.  So, at this point, you were gonna leave and go to the

17   manager's office?

18   A.  Not -- not -- not letting her unsuper -- no.

19   Q.  Okay.  So, you weren't gonna bring her with you.  You were

20   gonna have her wait in the reception area?

21   A.  Exactly.

22   Q.  Okay.  And then you said a gentleman.  Was there a Secret

23   Service agent posted in this room?

24   A.  Yes.

25   Q.  You request him to come into the reception?

GRUMAZ - DIRECT/SHERWIN

1    A.   Yes.

2    Q.   Why?

3    A.   So, he can look after her so she doesn't go around the

4    club.

5    Q.   Okay.  And did the Secret Service agent comply and come to

6    the reception for you?

7    A.   Yes.

8    Q.   Okay.  What did you do next?

9    A.   So, after the gentleman from -- the agent from the living

10   room stayed with her in the lobby, I left towards the exit,

11   this way *(indicating)*, to go to --

12   Q.   Okay.

13   A.   -- the catering manager office.

14   Q.   Okay.  I'm gonna show you -- toggle back to Government's

15   Exhibit 1 *(sic)*.

16          So, as she was waiting in the reception area with the

17   agent, you left these doors to go to the catering manager's

18   office?

19   A.   Confirm.

20   Q.   Okay.  How long is the walk to his office?

21   A.   It's --

22          THE COURT:  And this is Government's Exhibit 7-1.

23          MR. SHERWIN:  That's correct, your Honor.

24   A.   Two or three steps.  You just --

25   Q.   So, it's right outside that door?

GRUMAZ - DIRECT/SHERWIN

```
1    A.   Exactly where you see here --

2    Q.   Okay.

3    A.   -- this is the entrance for --

4    Q.   Got it.

5         What did you do in the manager's office?  Was he

6    there?

7    A.   Yes, he was.

8    Q.   Okay.  What did you discuss with the manager?

9         THE COURT:  Don't tell us what you discussed with the

10   manager.

11        MR. SHERWIN:  I'll say -- let me rephrase the

12   question.

13   BY MR. SHERWIN:

14   Q.   When you went to the manager's office, what did you do?

15   A.   I wanted to check with him if she's on -- on the list for

16   the event later in the evening.

17   Q.   Okay.  So, I'll be very surgical with these questions.

18        When you went to the manager's office, did you have

19   access to any type of computer or something else to ensure

20   whether there was any event scheduled that evening called the

21   UN Chinese American Association event?

22   A.   We checked for that, because he has a computer.

23   Q.   I just want to ask just what you did, just to be very

24   clear.  Did you check the computer to see if that event was

25   scheduled?
```

GRUMAZ - DIRECT/SHERWIN

1   A.  My computer?

2   Q.  His computer.  I don't want to elicit what your manager did

3   or what he said.  I just want to talk about what you did in

4   your manager's office.

5   A.  So, I went towards his computer, showed the name.

6   Q.  Okay.

7   A.  And then we looked on a list --

8         THE DEFENDANT:  *(In English)* I'll object.

9         THE COURT:  Overruled.

10  BY MR. SHERWIN:

11  Q.  Please tell us what you did, not what the manager did,

12  ma'am.

13  A.  So, we saw on the screen all the names.  We didn't see

14  any -- any name that would match hers.

15  Q.  Okay.

16  A.  And afterwards -- there is other, uhm -- other, uhm -- on

17  the list, you could see other access folders to see if she

18  might be in a different folder.

19  Q.  Okay.

20  A.  She was not.

21  Q.  Okay.  So, going to the manager's office, you were able to

22  confirm that there was no such event for that evening that the

23  defendant said she was there for.

24  A.  No, there was not such event.

25  Q.  Was there even -- and you were also able to confirm that

GRUMAZ - DIRECT/SHERWIN

1    the defendant was not a member, is that correct?

2    A.   *(No response)*

3    Q.   Or a friend or family of any member?

4    A.   Not at his computer.

5    Q.   Okay.  Then I -- we'll ask that later.

6         So, you looked at, though, you said, other lists to

7    see if her name was on there, and she was not.

8    A.   For the checking point, yes.

9    Q.   Got it.  Okay.

10        At some point were you able to check any membership

11   list to see if the defendant --

12   A.   At my desk.

13   Q.   Got it.

14        Okay.  So, let's talk about that.

15        Did you leave the manager's office?

16   A.   Confirm.

17   Q.   Okay.  How long were you in his office for?

18   A.   Five, six minutes.

19   Q.   Okay.  And then did you go back into Government's

20   Exhibit 7-1, back into this area?

21   A.   Exactly how I went towards, I came back.

22   Q.   Okay.

23   A.   And I entered the door.

24   Q.   Okay.  When you came into the door, at some point, did you

25   go to your computer?

GRUMAZ - DIRECT/SHERWIN

1  A.   Yes, I did.

2  Q.   And is that -- what did you do at the computer?

3  A.   That's when I start looking.

4  Q.   Okay.  And were you able to find anything that --

5          THE COURT:  What's the purpose of describing the list,

6  Mr. Sherwin?

7          MR. SHERWIN:  For access purposes, your Honor, whether

8  the name was --

9          THE COURT:  But is it offered for the truth of the

10 matter, that she's not on the list?

11         MR. SHERWIN:  No, your Honor.  It's offered for the

12 fact to see how this witness would react to her not being on

13 that list.

14         THE COURT:  Okay.  So, you're offering it only to show

15 that that gave her cause to then ask further questions?

16         MR. SHERWIN:  That's correct, your Honor.  Her --

17 to -- what triggered her concern.  Not whether that list was

18 accurate or not, just the reflection as to why she was

19 concerned.

20         THE COURT:  Ladies and gentlemen, as I told you

21 before, sometimes pieces of evidence or questions can be

22 admitted just for a limited purpose.  In this case, I'm

23 instructing you that you're not permitted to use the testimony

24 you're hearing to determine whether Ms. Zhang was or was not on

25 any list, or to determine whether or not the event that she

GRUMAZ - DIRECT/SHERWIN

1   allegedly told this witness about was or was not on any list.

2           You're only permitted to use the information you're

3   hearing about, what was seen on the computer screens, to decide

4   whether that's the cause why this witness then took certain

5   steps.  Okay?

6           MR. SHERWIN:  Thank you, Judge.

7   BY MR. SHERWIN:

8   Q.  So, let's talk about coming back into the reception area,

9   Ms. Grumaz.

10          When you came into the reception area, was the

11  defendant there?

12  A.  No.  But the agent did was (sic).

13  Q.  Okay.  So, what did you see when you walked into the

14  reception area?

15  A.  So, I saw the agent from -- from the living room waiting in

16  front of the ladies bathroom while we were sitting down.

17  Q.  Okay.

18  A.  And then she was coming out while Sam --

19  Q.  Okay.

20  A.  All right.

21  Q.  Let me stop you there, because there's a lot of, I think,

22  moving pieces.

23          So, when you walked into the reception area, did

24  you -- do you see an agent here today called Special Agent Sam

25  Ivanovich?

GRUMAZ - DIRECT/SHERWIN

```
 1    A.  Of course.
 2    Q.  Okay.  And --
 3    A.  It's --
 4    Q.  -- can you describe what he's wearing, if you could see him
 5    from that angle?  I know it's a little cluttered here.
 6    A.  He has a tie with lines across him.
 7    Q.  You have better vision than I do.
 8         Okay.  So, when you walked into the reception area,
 9    Sam Ivanovich was in that area?
10    A.  He was coming towards the lobby.
11    Q.  Okay.  And this other agent that was watching the
12    defendant, was he still there in the lobby?
13    A.  Yes.
14    Q.  Okay.  And you said he was near the bathroom?
15    A.  He was next to the -- well, next to this chair, there's a
16    bathroom here.
17    Q.  Okay.
18    A.  And he was waiting near the entrance (indicating).
19    Q.  Got it.
20         And I believe you said when you walked in, you saw
21    then the defendant walking out of the bathroom?
22    A.  Yes.
23    Q.  Okay.  So, now there are several people in this reception
24    area, correct?
25    A.  Confirm.
```

GRUMAZ - DIRECT/SHERWIN

1    Q.   Okay.  So, when you walked back into the reception area,

2    did you engage or speak to anyone, or did you go to your desk?

3    A.   Well, I had to -- when I first arrived, I sat at my desk.

4    And afterwards, just for a second, I spoke -- I saw Sam, and I

5    spoke with him, saying that something is weird, and he has to

6    help.

7    Q.   Okay.  Why were you concerned, or why did you need his

8    help, or why did you think something was weird?

9    A.   She was acting very weird and strange.  So, we kind of need

10   to detect the signs.  So, we did not know how she got in the

11   premises, on the premises, so I had to speak with him.

12   Q.   Okay.  At this point, though, were you at your desk when

13   you were speaking to Special Agent Ivanovich?

14   A.   I just stood up and spoke with him.

15   Q.   Okay.  So, now at this point were you having any direct

16   communication with the defendant?

17   A.   Not anymore.

18   Q.   Okay.  So, now in the reception area, it's you, correct?

19   A.   *(Witness nodding head affirmatively)*

20   Q.   It's -- the defendant is now out of the bathroom back in

21   the reception area?

22   A.   Confirm.

23   Q.   Okay.  Sam Ivanovich?

24   A.   He was there, yeah.

25   Q.   Okay.  And another Secret Service agent.  You don't recall

GRUMAZ - DIRECT/SHERWIN

1    his or her name?

2    A.  It -- it was the gentleman from, uhm -- from the living and

3    our security.

4    Q.  Okay.

5            Okay.  At that point, what happened next?

6    A.  Then they started to talk between them.

7    Q.  Okay.  "They" being Mr. Ivanovich and the defendant?

8    A.  Confirm.

9    Q.  Okay.  Were you involved in that conversation, or were

10   you --

11   A.  No, I was sitting at my desk.

12   Q.  Okay.

13           Okay.  Was this conversation in English?

14   A.  Yes.

15   Q.  What was her disposition during this conversation?  How was

16   her demeanor?

17   A.  Fine.

18   Q.  Okay.

19   A.  And afterwards, for a few minutes, she went back to the

20   toilet, bathroom.

21   Q.  Okay.  So, let's talk about that.

22           So, Special Agent Ivanovich and the defendant are

23   having a conversation that you could hear, but you're not a

24   participant in.

25   A.  Yes, yes.

GRUMAZ - DIRECT/SHERWIN

1  Q.  Okay.  And then at some point, she goes back into the

2  bathroom?

3  A.  Yes.

4  Q.  Okay.  Did Sam go with her?

5  A.  No.  She went by herself.

6  Q.  Okay.  Sam didn't follow her in the bathroom?

7  A.  No.  They -- the gentlemens (sic) were waiting next to the

8  bathroom, but not going inside.

9  Q.  Okay.  What did you do?

10  A.  At some point, I saw that the agents got anxious, because

11  she was not coming out of the bathroom.  So, they wanted to get

12  in, but they backed up, so I had to offer myself to take her

13  out of the bathroom.

14  Q.  So, you offered to go and get the defendant?

15  A.  Yes, I did.

16  Q.  Okay.  And I'm sorry this photo is not the best,

17  Government's Exhibit 7-1, but the bathroom I believe you said

18  is right to the right of this column?

19  A.  Exactly.

20  Q.  Okay.  Tell the Court, please, what happened next when you

21  went into the bathroom to get the defendant?

22  A.  So, as soon as I stepped inside -- like, after the door,

23  uhm, there's a hallway, and I could see her texting, walking

24  back and forth, on the phone.

25         And I called her, and I said, "Ma'am, can you please

GRUMAZ - DIRECT/SHERWIN

1   step outside," and she was looking at me while texting.

2   Q.   Can I stop you for a minute then?

3         So, when you went in there, she wasn't using any

4   bathroom facility that you could see?

5   A.   Not at all.

6   Q.   Okay.  She wasn't washing her hands or using the toilet?

7   A.   No.  She was like -- I saw her going towards the window in

8   the hallway and coming back.  And so I asked her to come out.

9   Q.   Okay.  What was her demeanor at that point?  Did she look

10  frightened, or was she as before you stated?

11  A.   She was fine.  She was completely fine.

12  Q.   Okay.  What happened next?  Did you end up leaving the

13  bathroom with the defendant?

14  A.   So, I asked her, nicely, to come outside, nothing is gonna

15  happen to her, and she came with me outside almost in the same

16  time.

17  Q.   Okay.  Can you please tell the Court, then, what happened

18  next after you exited the bathroom?

19  A.   So, after I exited the bathroom, I went at my desk again,

20  and I could see how they started questioning her.  And it

21  was -- she was pretty surrounded by agents at that time.

22  Q.   So, now, when you got out of the bathroom, were there a lot

23  more agents in that reception area?

24  A.   Yes, yes.

25  Q.   Okay.  Did her demeanor change at all when now there were a

GRUMAZ - CROSS/ZHANG

```
 1  lot more agents in that reception room?
 2  A.  That's what shocked me.  She had a blank face.  She was
 3  totally in control.
 4  Q.  Okay.  And do you know whether these agents and Sam
 5  Ivanovich were communicating with the defendant?
 6  A.  Yes, they were communicating in English with her.
 7  Q.  Okay.  And did it appear to you that she had -- was able to
 8  do that without a problem?
 9  A.  She -- yeah, she was answering back.
10  Q.  Okay.
11          MR. SHERWIN:  One moment, your Honor.
12          (Pause)
13          MR. SHERWIN:  Thank you very much.
14          Your Honor, no further questions at this point.
15          THE COURT:  Cross-examination?
16          THE DEFENDANT:  (In English) I have question.
17          THE COURT:  Go ahead.
18                    CROSS-EXAMINATION
19  BY THE DEFENDANT:
20  Q.  I want to ask --
21          THE DEFENDANT:  (In English) Wait a moment.
22  BY THE DEFENDANT:
23  Q.  I want to ask this lady, so who actually started the
24  conversation?  I mean when I entered -- well, when I entered
25  the facility, how exactly the conversation started?  I mean --
```

GRUMAZ - CROSS/ZHANG

1   I mean who started the conversation?

2   A.   I started a conversation.

3   Q.   I want to ask, the two pictures that they show you, uhm,

4   how did these two pictures come from (sic)?

5          THE COURT:   That's Exhibit 7-1 and 7-2?

6          MR. SHERWIN:   May I hand them to the defendant, your

7   Honor?

8          THE COURT:   Go ahead.

9          MR. SHERWIN:   Seven-1 and 7-2.

10          THE DEFENDANT:   (In English) Okay.   Okay.

11          THE COURT:   Did you want her to answer your first

12   question, where did the pictures come from?

13          THE DEFENDANT:   Yes.   Can -- am I allowed to ask this

14   question?

15          THE COURT:   Please answer that question, if you know

16   the answer, ma'am.

17          THE WITNESS:   I do not know where the pictures --

18   those pictures are taken.

19          THE DEFENDANT:   (In English) Okay.   Let me see.

20          There's no more question.   Thank you.

21          THE COURT:   Redirect examination?

22          MR. SHERWIN:   Just very briefly, to clarify the

23   pictures, your Honor.

24          THE COURT:   Go ahead.

25

| | |
|---|---|
| 1 | **REDIRECT EXAMINATION** |
| 2 | BY MR. SHERWIN: |
| 3 | Q.  So, Ms. Grumaz, Government's Exhibit 1 *(sic)* -- |
| 4 | THE COURT:  Seven-1. |
| 5 | MR. SHERWIN:  Yes.  Thank you, your Honor. |
| 6 | BY MR. SHERWIN: |
| 7 | Q.  -- 7-1 and 7-2 that are in evidence, I guess my first |
| 8 | question is:  Did you physically take these photos? |
| 9 | A.  No. |
| 10 | Q.  Okay.  My secondary questions are, however:  Are you able |
| 11 | to confirm that this is, in fact, the reception area where you |
| 12 | were working on March 30th of this year? |
| 13 | A.  Confirm. |
| 14 | Q.  Okay.  And are you able to confirm that this is identical |
| 15 | to how that area looked at the time you confronted the |
| 16 | defendant? |
| 17 | A.  Exactly the same. |
| 18 | Q.  Okay. |
| 19 | THE COURT:  Thank you, ma'am.  You are excused. |
| 20 | THE WITNESS:  Thank you. |
| 21 | *(Witness excused)* |
| 22 | ***** |
| 23 | - - - - - |
| 24 | *(Testimony concluded.)* |
| 25 | - - - - - |

1                          **INDEX OF WITNESSES**

2      **GOVERNMENT'S WITNESS**                            **PAGE**

3      **Ariela Grumaz**
       Direct by Mr. Sherwin                               3
4      Cross by the Defendant                              33
       Redirect by Mr. Sherwin                             35
5

6                              -   -   -   -   -

7                          **INDEX OF EXHIBITS**

8      **GOVERNMENT'S EXHIBITS:**               **MARKED**        **RECEIVED**

9      7-1 and 7-2                                 6                  8

10                             -   -   -   -   -

11

12

13

14

15

16

17                    **C E R T I F I C A T E**

18         I hereby certify that pursuant to Section 753,

19     Title 28, United States Code, the foregoing is a true and

20     correct transcript from the record of proceedings in the

21     above-entitled matter.

22     _____/s/Francine C. Salopek _____   11-9-2019_____
       Francine C. Salopek, RMR-CRR               Date
23     Official Court Reporter

24

25

**MR. SHERWIN: [22]**
**THE COURT REPORTER: [3]** 3/5
3/8 19/6
**THE COURT: [24]**
**THE DEFENDANT: [9]**
**THE WITNESS: [3]** 3/11 34/16 35/19

**/**

**/s/Francine [1]** 36/22

**1**

**10 [2]** 1/8 3/1
**11-9-2019 [1]** 36/22
**19-80056-CR-RKA [1]** 1/4

**2**

**2019 [3]** 1/8 3/1 36/22
**207B [1]** 2/14
**28 [1]** 36/19
**299 [1]** 2/14

**3**

**30th [10]**
**33 [1]** 36/4
**33132 [1]** 2/7
**33301 [1]** 2/14
**33401 [2]** 2/4 2/11
**35 [1]** 36/4

**4**

**400 [1]** 2/4
**450 [1]** 2/10
**4th [1]** 2/7

**5**

**500 [2]** 2/3 2/11
**5686 [1]** 2/15

**7**

**7-1 [6]** 6/14 6/21 8/7 8/16 35/7 36/9
**7-2 [11]**
**753 [1]** 36/18
**769-5686 [1]** 2/15

**9**

**954 [1]** 2/15
**99 [1]** 2/7
**9:46 [2]** 1/8 3/1

**A**

**a.m [2]** 1/8 3/1
**above [1]** 36/21
**above-entitled [1]** 36/21
**access [3]** 23/19 24/17 26/7
**accurate [4]** 7/20 7/22 8/2 26/18
**across [2]** 9/17 28/6
**acting [1]** 29/9
**actions [1]** 13/4
**addition [1]** 13/4
**Adler [1]** 2/8
**admitted [3]** 8/15 8/16 26/22
**affairs [1]** 19/4
**affirmatively [2]** 19/3 29/19

**afternoon [3]** 5/9 10/18 12/25
**afterwards [3]** 24/16 29/4 30/19
**agent [13]**
**Agent Ivanovich [2]** 29/13 30/22
**Agent Sam [1]** 27/24
**agents [5]** 31/10 32/21 32/23 33/1
33/4
**ahold [1]** 21/3
**allegedly [1]** 27/1
**allowed [2]** 15/13 34/13
**almost [1]** 32/15
**Altman [1]** 1/17
**AMERICA [1]** 1/6
**American [5]** 18/7 18/15 19/10 19/22
23/21
**and/or [2]** 10/10 15/4
**angle [3]** 9/14 12/6 28/5
**angles [1]** 9/12
**answer [11]**
**anxious [1]** 31/10
**anymore [1]** 29/17
**apologize [4]** 15/3 17/4 19/8 20/9
**APPEARANCES [1]** 2/1
**appointment [7]** 13/21 16/2 16/23
20/3 20/5 20/10 20/18
**approach [2]** 6/25 11/19
**area [24]**
**areas [1]** 15/14
**Ariela [5]** 1/16 3/5 3/8 3/12 36/3
**arrived [1]** 29/3
**article [1]** 5/16
**Asian [2]** 18/4 18/5
**Assistant [3]** 2/2 2/6 2/9
**association [7]** 17/1 18/7 18/15
19/11 19/17 19/22 23/21
**Attorney [2]** 2/2 2/6
**Attorney's [2]** 2/3 2/6
**Australian [2]** 2/3 2/10
**authenticated [1]** 8/14
**Avenue [2]** 2/3 2/10
**aware [2]** 4/19 18/16

**B**

**basis [2]** 4/19 14/22
**bathroom [18]**
**Beach [2]** 2/4 2/11
**believe [8]**
**Bernard [1]** 9/22
**blank [1]** 33/2
**Blvd [1]** 2/14
**body [1]** 13/7
**Broward [1]** 2/14

**C**

**calendar [2]** 21/7 21/9
**call [2]** 3/3 16/1
**called [5]** 19/10 21/6 23/20 27/24
31/25
**calls [3]** 3/5 4/8 4/9
**camera [2]** 11/14 13/10
**catering [4]** 9/18 20/19 22/13 22/17
**cause [2]** 26/15 27/4
**certify [1]** 36/18
**chair [1]** 28/15

**check [4]** 16/3 23/15 23/24 25/10
**checked [1]** 23/22
**checking [1]** 25/8
**checkpoint [3]** 9/24 10/2 10/4
**China [1]** 19/13
**Chinese [9]**
**chronological [1]** 17/4
**circle [1]** 6/2
**clarify [1]** 34/22
**clear [2]** 4/12 23/24
**clothing [1]** 5/16
**club [16]**
**cluttered [1]** 28/5
**Code [1]** 36/19
**color [1]** 5/17
**column [1]** 31/18
**communicate [1]** 16/7
**communicating [2]** 33/5 33/6
**communication [1]** 29/16
**complete [1]** 15/7
**comply [1]** 22/5
**computer [11]**
**concern [1]** 26/17
**concerned [2]** 26/19 29/7
**concluded [1]** 35/24
**confirm [16]**
**confront [1]** 10/17
**confronted [3]** 7/17 9/5 35/15
**contact [1]** 20/24
**contacted [1]** 20/19
**control [1]** 33/3
**conversation [14]**
**counsel [1]** 6/18
**COURT [8]**
**CR [1]** 1/4
**Cross [3]** 33/15 33/18 36/4
**Cross-examination [2]** 33/15 33/18
**CRR [2]** 2/12 36/23
**customers [1]** 3/22

**D**

**daily [2]** 4/19 14/22
**Date [1]** 36/23
**decide [1]** 27/3
**decorations [1]** 11/22
**defendant [27]**
**defendant's [1]** 16/25
**Defender's [1]** 2/10
**Defenders [1]** 2/9
**demeanor [3]** 30/16 32/9 32/25
**describe [2]** 10/19 28/4
**describing [1]** 26/5
**desk [20]**
**details [4]** 5/22 8/21 16/20 18/10
**detect [1]** 29/10
**determine [2]** 26/24 26/25
**dinner [2]** 20/4 20/4
**direct [3]** 3/14 29/15 36/3
**discovery [1]** 6/24
**discuss [1]** 23/8
**discussed [1]** 23/9
**Discussion [1]** 6/18
**disposition [1]** 30/15
**DISTRICT [4]** 1/1 1/2 1/18 2/13

**D**

**DIVISION [1]** 1/3
**doc [1]** 17/10
**door [13]**
**doors [1]** 22/17
**dress [2]** 12/25 13/4
**dressed [1]** 12/24
**duties [5]** 4/5 4/16 4/18 4/22 9/9

**E**

**early [1]** 5/8
**easier [1]** 11/5
**economics [1]** 19/6
**effort [1]** 20/24
**elicit [1]** 24/2
**employee [1]** 3/5
**encounter [2]** 5/10 5/19
**encountered [1]** 6/6
**engage [3]** 11/20 12/18 29/2
**engagement [1]** 20/11
**English [13]**
**ensue [1]** 14/6
**ensure [1]** 23/19
**enter [1]** 11/21
**entitled [1]** 36/21
**entrance [3]** 7/12 23/3 28/18
**evening [6]** 18/24 18/25 19/10 23/16
   23/20 24/22
**event [26]**
**events [7]** 4/19 10/14 14/13 15/2 15/5
   15/7 18/16
**evidence [7]** 6/13 6/21 8/7 8/17 12/4
   26/21 35/7
**examination [5]** 3/14 33/15 33/18
   34/21 35/1
**excused [2]** 35/19 35/21
**exhibit [15]**
**Exhibit 1 [2]** 22/15 35/3
**Exhibit 2 [1]** 5/23
**Exhibit 7-1 [6]** 7/5 8/25 22/22 25/20
   31/17 34/5
**Exhibit 7-2 [3]** 7/23 12/3 12/5
**exhibits [7]** 6/13 6/20 6/25 8/7 8/14
   36/7 36/8
**Exhibits 7-1 [1]** 6/13
**exit [1]** 22/10
**exited [2]** 32/18 32/19
**eyes [1]** 16/9

**F**

**face [1]** 33/2
**facility [2]** 32/4 33/25
**fact [4]** 13/9 15/1 26/12 35/11
**family [7]** 5/2 10/10 10/12 11/7 11/8
   17/24 25/3
**fascinated [1]** 11/22
**Federal [2]** 2/9 2/10
**female [1]** 5/10
**film [2]** 11/17 15/14
**filming [4]** 10/25 11/2 11/10 13/8
**fine [3]** 30/17 32/11 32/11
**finished [2]** 5/9 15/2
**FL [1]** 2/11
**FLORIDA [5]** 1/2 1/7 2/4 2/7 2/14

**folder [1]** 24/18
**folders [1]** 24/17
**foregoing [1]** 36/19
**FORT [3]** 1/3 1/7 2/14
**Francine [3]** 2/12 36/22 36/23
**freely [1]** 21/5
**friend [1]** 25/3
**friendly [1]** 16/6
**friends [1]** 5/2
**friendship [1]** 19/17
**frightened [1]** 32/10
**front [4]** 3/10 3/21 6/4 27/16

**G**

**G-R-U-M-A-Z [1]** 3/13
**Garcia [1]** 2/2
**general [5]** 4/3 4/5 5/1 9/18 9/20
**gentleman [4]** 21/13 21/22 22/9 30/2
**gentlemen [1]** 26/20
**gentlemens [1]** 31/7
**glass [1]** 10/22
**gonna [11]**
**government [3]** 2/2 6/20 8/6
**government's [18]**
**gray [1]** 12/25
**Great [1]** 7/7
**green [1]** 5/18
**Grumaz [11]**
**guests [2]** 4/6 4/23
**guide [1]** 4/6

**H**

**hallway [2]** 31/23 32/8
**hand [4]** 3/6 6/9 6/12 34/6
**hands [1]** 32/6
**head [2]** 19/3 29/19
**hear [1]** 30/23
**hearing [2]** 26/24 27/3
**Hello [1]** 3/16
**help [2]** 29/6 29/8
**hereby [1]** 36/18
**hers [1]** 24/14
**hold [1]** 13/13
**holding [2]** 11/16 13/9
**Honor [13]**
**Honorable [1]** 1/17
**house [1]** 3/21

**I**

**I'll [6]** 10/24 15/3 19/8 23/11 23/17
   24/8
**I'm [13]**
**idea [1]** 18/20
**identical [1]** 35/14
**identification [2]** 5/15 6/15
**identified [1]** 8/14
**identify [1]** 5/16
**immediate [1]** 16/11
**immediately [1]** 17/18
**impressive [1]** 12/12
**INDEX [2]** 36/1 36/7
**indicating [11]**
**information [2]** 19/24 27/2
**instructing [1]** 26/23

**interact [1]** 15/24
**interaction [1]** 15/22
**interrupt [2]** 17/4 20/9
**invited [1]** 17/24
**iPad [1]** 6/2
**Ivanovich [7]** 27/25 28/9 29/13 29/23
   30/7 30/22 33/5

**J**

**Judge [3]** 1/18 8/18 27/6
**jury [9]**

**K**

**keep [1]** 13/8
**khaki [1]** 5/17
**knowledge [3]** 10/9 11/13 18/22
**Kristy [1]** 2/9

**L**

**ladies [2]** 26/20 27/16
**lady [1]** 33/23
**Lago [10]**
**language [1]** 13/22
**late [1]** 5/9
**LAUDERDALE [3]** 1/3 1/7 2/14
**leave [3]** 13/7 21/16 25/15
**leaving [1]** 32/12
**Lemke [1]** 9/22
**letting [1]** 21/18
**light [2]** 5/17 5/17
**limited [1]** 26/22
**lines [1]** 28/6
**list [10]**
**lists [1]** 25/6
**lobby [9]**
**location [1]** 14/18
**lower [1]** 13/17
**lunch [1]** 20/4

**M**

**main [2]** 4/4 15/20
**manager [8]**
**manager's [9]**
**Mandarin [3]** 17/12 18/3 18/4
**manning [1]** 10/4
**map [1]** 5/24
**Mar [10]**
**Mar-a-Lago [10]**
**March [10]**
**March 30th [10]**
**marked [2]** 6/14 36/8
**match [2]** 13/1 24/14
**matter [2]** 26/10 36/21
**mean [3]** 33/24 33/25 34/1
**meantime [1]** 21/7
**mechanical [1]** 1/24
**member [7]** 11/7 17/24 17/24 20/5
   20/11 25/1 25/3
**members [8]**
**membership [1]** 25/10
**mentions [1]** 19/21
**Miami [1]** 2/7
**Michael [1]** 2/5
**microphone [1]** 3/10
**Militello [1]** 2/9

**M**

**minute [1]**  32/2
**minutes [2]**  25/18 30/19
**moment [4]**  6/16 21/14 33/11 33/21
**month [1]**  14/24
**monthly [1]**  15/4
**morning [1]**  5/8
**moves [1]**  8/7
**moving [1]**  27/22
**MR [14]**
**Mr. [3]**  9/22 26/6 30/7
**Mr. Bernard [1]**  9/22
**Mr. Ivanovich [1]**  30/7
**Mr. Sherwin [1]**  26/6
**Ms. [13]**
**Ms. Grumaz [6]**  3/16 3/18 4/16 7/4
  27/9 35/3
**Ms. Zhang [7]**  5/11 5/13 7/18 15/23
  17/6 20/22 26/24

**N**

**name [19]**
**named [1]**  5/11
**names [1]**  24/13
**nature [1]**  8/10
**NE [1]**  2/7
**near [5]**  12/10 13/7 21/13 28/14
  28/18
**nicely [1]**  32/14
**nodding [2]**  19/3 29/19
**normally [4]**  9/8 10/21 10/24 11/23
**Numbers [2]**  6/14 8/16

**O**

**object [2]**  8/9 24/8
**objection [3]**  8/8 8/10 8/13
**odd [1]**  13/5
**offer [1]**  31/12
**offering [1]**  26/14
**office [17]**
**Official [2]**  2/13 36/23
**opposite [2]**  7/25 12/5
**order [1]**  17/4
**overhead [1]**  5/23
**overruled [2]**  8/13 24/9

**P**

**pad [1]**  6/1
**PAGE [1]**  36/2
**Palm [2]**  2/4 2/11
**pants [2]**  5/17 5/18
**part [3]**  4/16 4/17 4/22
**participant [1]**  30/24
**pass [3]**  12/1 13/11 13/11
**passed [4]**  11/25 12/9 12/18 13/14
**pause [3]**  11/4 12/17 33/12
**pen [1]**  13/17
**people [5]**  3/22 4/9 4/24 10/24 28/23
**perception [1]**  16/12
**perimeter [1]**  10/7
**Permission [2]**  6/25 8/22
**permit [1]**  21/5
**permitted [2]**  26/23 27/2
**personally [1]**  10/11

**phone [19]**
**photo [9]**
**photos [2]**  9/12 35/8
**physically [1]**  35/8
**pick [1]**  7/4
**pictures [8]**
**pieces [2]**  26/21 27/22
**placard [1]**  15/11
**Plaintiff [1]**  1/7
**playing [2]**  20/6 20/6
**point [18]**
**policy [1]**  15/15
**pool [1]**  17/21
**post [1]**  10/2
**posted [4]**  14/14 14/22 15/2 21/23
**poster [5]**  14/11 14/12 14/13 15/4
  15/7
**premises [2]**  29/11 29/11
**president [1]**  10/9
**problem [1]**  33/8
**proceedings [2]**  1/24 36/20
**produced [1]**  1/25
**properly [1]**  8/14
**property [2]**  10/10 18/16
**provided [1]**  6/23
**Public [2]**  2/9 2/10
**publish [3]**  7/7 8/21 8/22
**pull [2]**  3/10 18/8
**purposes [4]**  5/15 8/20 16/16 26/7
**pursuant [1]**  36/18

**Q**

**question [11]**
**questioning [3]**  16/6 20/3 32/20
**questions [6]**  4/7 23/17 26/15 26/21
  33/14 35/10

**R**

**raise [1]**  3/6
**react [1]**  26/12
**reaction [1]**  17/8
**realize [1]**  11/23
**recall [2]**  16/16 29/25
**RECEIVED [1]**  36/8
**reception [23]**
**receptionist [2]**  4/4 18/15
**recognize [1]**  11/7
**recollection [1]**  11/14
**record [4]**  3/11 6/18 6/19 36/20
**recorded [1]**  1/24
**Redirect [3]**  34/21 35/1 36/4
**reference [1]**  8/20
**reflect [2]**  6/20 6/22
**reflection [1]**  26/18
**regulation [1]**  15/19
**relay [1]**  19/24
**rephrase [2]**  15/3 23/11
**Reporter [3]**  2/12 2/13 36/23
**represent [1]**  3/21
**representation [1]**  8/2
**request [1]**  21/25
**respond [3]**  13/24 14/1 14/2
**response [6]**  14/2 16/25 17/1 17/14
  17/15 25/2

**responsibilities [3]**  4/5 4/17 4/18
**RKA [1]**  1/4
**RMR [2]**  2/12 36/23
**RMR-CRR [1]**  36/23
**Robert [1]**  2/8
**Rolando [1]**  2/2
**room [8]**
**Roy [1]**  1/17
**rule [2]**  15/20 15/20

**S**

**Salopek [3]**  2/12 36/22 36/23
**Sam [8]**
**sat [1]**  29/3
**saw [6]**  24/13 27/15 28/20 29/4 31/10
  32/7
**schedule [1]**  14/13
**scheduled [4]**  4/19 18/22 23/20
  23/25
**screen [5]**  4/12 5/24 6/10 9/3 24/13
**screens [2]**  27/3
**seasons [1]**  3/24
**second [2]**  29/4
**secondary [1]**  35/10
**Secret [5]**  9/24 10/4 21/22 22/5 29/25
**Section [1]**  36/18
**secure [1]**  10/6
**security [3]**  10/2 10/23 30/3
**sense [1]**  14/3
**sensitive [2]**  8/11 8/12
**September [2]**  1/8 3/1
**Service [5]**  9/24 10/4 21/23 22/5
  29/25
**Seven [4]**  7/3 8/15 34/9 35/4
**Seven-1 [4]**  7/3 8/15 34/9 35/4
**shape [1]**  11/18
**Sherwin [16]**
**shift [1]**  5/7
**shirt [1]**  5/17
**shocked [1]**  33/2
**sic [11]**
**side [3]**  7/25 10/1 10/23
**sign [5]**  14/12 15/11 15/11 15/12
  15/13
**signs [1]**  29/10
**sitted [1]**  9/7
**situations [1]**  11/17
**six minutes [1]**  25/18
**slight [1]**  11/17
**slower [1]**  19/8
**small [1]**  15/11
**soon [3]**  11/21 13/6 31/22
**sound [1]**  20/2
**South [2]**  2/3 2/10
**SOUTHERN [1]**  1/2
**Special [3]**  27/24 29/13 30/22
**spell [1]**  20/2
**spelling [2]**  3/11 3/13
**spoke [4]**  21/12 29/4 29/5 29/14
**standing [2]**  9/4 20/20
**state [1]**  3/11
**stated [1]**  32/10
**STATES [8]**
**stayed [1]**  22/10

## S

stenography [1]  1/24
step [1]  32/1
stepped [2]  11/3 31/22
steps [2]  22/24 27/5
stood [3]  21/6 21/12 29/14
stop [9]
stopped [2]  16/17 16/19
storage [1]  13/10
straight [2]  12/15 13/10
strange [1]  29/9
Street [1]  2/7
Suite [2]  2/4 2/11
surgical [1]  23/17
surrounded [1]  32/21
suspect [1]  12/23
sworn [2]  3/7 3/8

## T

take [5]  3/22 4/9 15/13 31/12 35/8
taken [1]  34/18
talk [7]  10/14 18/14 24/3 25/14 27/8
 30/6 30/21
tell [13]
terms [1]  3/19
testimony [3]  1/16 26/23 35/24
text [1]  17/11
texting [2]  31/23 32/1
Thank [10]
think [5]  7/6 8/12 12/22 27/21 29/8
thinking [1]  13/8
tie [1]  28/6
till [1]  15/2
time [12]
times [1]  15/1
Title [1]  36/19
toggle [1]  22/14
toilet [2]  30/20 32/6
tongue [1]  18/8
totally [1]  33/3
touch [2]  6/1 9/3
towards [8]
trade [1]  19/6
transcript [3]  1/16 1/24 36/20
triggered [1]  26/17
true [1]  36/19
truth [1]  26/9
TUESDAY [1]  3/1
two years [1]  3/21

## U

U.S [2]  2/2 2/6
uhm [14]
UN [7]  17/1 18/7 18/14 19/2 19/15
 19/21 23/21
understand [4]  11/5 16/13 16/14
 18/5
understanding [4]  4/23 5/1 15/16
 16/13
UNITED [8]
unsuper [1]  21/18
unusual [2]  12/23 13/5
updated [1]  14/23
us [2]  23/9 24/11

## V

verbal [1]  17/15
verify [1]  20/18
view [1]  16/9
vision [1]  28/7

## W

wait [4]  17/16 21/7 21/20 33/21
waited [1]  11/24
waiting [4]  22/16 27/15 28/18 31/7
walk [5]  9/17 10/1 10/20 12/20 22/20
walked [7]  12/8 12/21 27/13 27/23
 28/8 28/20 29/1
walking [4]  11/11 12/6 28/21 31/23
washing [1]  32/6
watching [1]  28/11
wearing [3]  5/16 5/17 28/4
week [1]  18/23
weekend [1]  10/6
weekly [2]  14/22 15/5
weird [3]  29/5 29/8 29/9
West [2]  2/4 2/11
window [1]  32/7
wipe [1]  6/10
witness [11]
WITNESSES [1]  36/1
words [2]  14/11 20/15
work [3]  3/19 3/20 3/20
worked [1]  3/24
working [7]  4/4 4/17 4/22 5/4 6/3
 7/14 35/12
write [1]  18/10
written [1]  17/11
wrote [1]  20/2

## Y

YUJING [1]  1/9

## Z

ZHANG [8]