To Respected clerk of court,

Good Morning, Sir. My name is Yuping Zhang, West Palm Beach jail number 1980-164. This is the further concern about last complain letter I've sent to the court last week.

I please the court to require security dept. of West Palm Beach to direct a response about my $8,000 cash kept by them.

The reason has been clearly stated on the last letter. And I hope West Palm Beach district court could issue a Notice to Respond in a certain days (such as within 5 days) to the security dept. of West Palm Beach. The response shall deliver to the other party, who is dept in Blake's Jail at the jail number is 000725, Yuping Zhang.

Further, the response shall include the basic factor that the owner Yuping Zhang has $8,000 cash in her wallet kept by security dept in 2019, and clearly state that whether owner could claim to others that she could use these money however she wishes and authorize any one she wishes to gain these money.

I very much appreciate that the Palm Beach District Court could help do that, or I have to seek other legal solutions to solve my difficult situations. I need to use money urgently.

Sincerely,

April 19th, 2021

WEST PALM BCH FL 334

21 APR 2021 PM 3 L

Court Administrator or Clerk of court
Palm Beach District Court
701 Clematis St.
West Palm Beach, FL 33401

33401-510199

DC. P.O. Box 39.
Haven, FL 33471

Legal

This mail originated from
the Glades County Jail