Case 9:19-cr-80056-RKA

MAY 14 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To Honorable office of the Clerk, Glades jail number is 000125,

My name is Yujing Zhang, this is a tracking mail about the case: 9:19-cr-80056-RKA received by your district court in April. 20th. The content of the letter is that the letter has been electronically mailed to Kristy Militello, Michael R. Sherwin, Robert E. Adler, Rolando Garcia.

Today is May. 9th, which has been three weeks since the mail has been sent, and I do not have any update information either from West Palm Beach Sheriff and U.S. Marshal, West Palm Beach District Court which I've original sent to, or from Kristy Militello, Michael R. Sherwin, Robert E. Adler or Rolando Garcia. I require my honorable Miami district court who helps me to communicate with the related parties to appoint me a judge, or council so that at least I can know what is going on. The Glades jail's Dorm phone can not connect with either West Palm Beach Security Department - both Sheriff & U.S. Marshal, or Kristy Militello & others' office. The telmate phone company customer service replied that it's because the other party I'm calling does not pick up the phone.

All in all, I hope district court of Miami could help to assign me a judge or a council, or any legal representative to help me for communication. For example, the legal representative come to visit me and let me use the phone, or the council to call West Palm Beach Security Dept. to get me the response.

Thank you for your attention!

I feel sorry that I am not quite familiar with the court procedure, I hope office of the clerk could lead this issue. I do need urgently my 8,000 cash can be used or the legal reprentative come to visit me for communication. The jail phone doesn't work. And I hope I may get the detail day abt when there's going to have a response.

Sincerely,

May. 9th, 2021

Chery 006725.
Glades DC, P.O. Box 39.
Moore Haven, FL 33471

WEST PALM BCH FL 334
10 MAY 2021 PM 3 L



This mail originated from
the Glades County Jail

Legal

33128-771699

United States District Court
Office of the Clerk -
Room 8N09.
400 North Miami Avenue,
Miami, Florida, 33128-7716