To Honorable Court,                    19cr80056

My name is Yujing Zhang. This is criminal complaint about Glades jail security severely abuse the power, unreasonable custody me. I was taken into Glades jail by the end of 2019 by Glades ~~Glades~~ county officer. During last year, although I explained to Glades county jail officer that I should get out of the jail, but some of them think I'm custody by ICE. I'm trying to explain to Warden Sheriff Hardin that I had TD before I came into Glades jail. Glades county Warden Sheriff still think he could not release me without permission of ICE. While Glade's ICE's opinion is that I could be custody by them because of some false material they got. While I challenge ICE's legality to custody me, they display false and invalid material to demonstrate they could custody me. I'm unable to persuade them.

I, hereby, apply to the court to conduct the investigation, open ~~this~~ criminal case, stop the criminal conduct and make a court order to release me.

I supposed to write to Glades county's court but since Glades sheriff jail officer think I need to ask ICE officer, Glades County court expressed they have no jurisfication to rule over Glades ICE officer. That's why I wrote to the court who has the jurisfication to ICE so that the court could effectively stop their misconduct.

Sincerely,

FILED BY ___cos___ D.C.
JUN 21 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

June 17th, 2024

Zhang, 00013
Glades DC, P.O. Box 39
Moore Haven, FL 33471

WEST PALM BCH FL 334
18 JUN 2021 PM 1 L

[Legal]

This mail originated from
the Glades County Jail

United States
701 Clematis
West Palm B

33401-510199

106.07