UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80056-CR-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

YUJING ZHANG,

    Defendant.
_____/

## FEDERAL PUBLIC DEFENDER'S RESPONSE TO DEFENDANT'S INQUIRIES TO THE COURT

The Office of the Federal Public Defender responds to the Defendant's inquiries to the Court (DE 83 to 86) as follows:

1. Undersigned counsel has conferred with the Government, which acknowledges that it is holding $7,620.11, and 4,456 Chinese Yuan that it will return to Ms. Zhang or her authorized representative.

2. Undersigned counsel has conferred with Ms. Zhang in writing and in a number of telephone calls in which counsel informed Mr. Zhang of alternative means for her to retrieve the above from the Government. Unfortunately, the Office of the Federal Public Defender is not authorized to accept any cash or property on behalf of a client. Ms. Zhang's alternatives include designating an authorized representative to retrieve the money, authorizing an address where the money can be mailed, or retaining an attorney by utilizing the above funds and having the attorney retrieve the money for Ms. Zhang and perhaps assist her in regard to her immigration

proceeding. Ms. Zhang's scheduled return flight to China has been canceled and there is no scheduled return date.

3. Undersigned counsel remains in communication with Ms. Zhang and has asked her to provide his telephone number to anyone who will assist her, but counsel has not received any such calls nor any instruction from Ms. Zhang as to how she wishes to handle the retrieval her money. Undersigned counsel will continue to offer his assistance to Ms. Zhang.

WHEREFORE, the Office of the Federal Public Defender responds to Ms. Zhang's inquiries to the Court as set forth above.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: *s/Robert E. Adler*
Robert E. Adler
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 259942
450 S Australian Avenue, Suite 500
West Palm Beach, Florida 33401
Telephone: (561) 833-6288
Email: robert_adler@fd.org

**CERTIFICATE OF SERVICE**

     I HEREBY certify that on August 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing and a copy was US mailed to Ms. Zhang, c/o Glades County Detention Center, Inmate No. 006725, P.O. Box 39, Moore Haven, Florida 33471.

                                                *s/Robert E. Adler*
                                                Robert E. Adler